UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                           Case No. 8:24-cr-68-KKM-TGW

TIMOTHY BURKE

_____/

O R D E R

THIS CAUSE came on for consideration upon the Petition of Mark D. Rasch for Admission <u>Pro</u> <u>Hac</u> <u>Vice</u> (Doc. 31).   Attorney Rasch has complied with the requirements of Local Rule 2.01(c).

It is, therefore, upon consideration,

ORDERED:

That the Petition of Mark D. Rasch for Admission <u>Pro</u> <u>Hac</u> <u>Vice</u> (Doc. 31) is **GRANTED**, and attorney Mark D. Rasch is authorized to appear <u>pro</u> <u>hac</u> <u>vice</u> on behalf of the defendant.

DONE and ORDERED at Tampa, Florida, this 30th day of April, 2024.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE