Exhibit B-2

2022R02121 - 017

# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, __Amber Holland_____, am the custodian of records or am otherwise
       (name)
qualified to authenticate the records of __Frontier Communications_____
       (company or business)
I have provided the following records to the United States pursuant to Subpoena No.

__2022R02121-017_____.

List of records provided:
Frontier account records

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☒ **Please check if appropriate**
    Additionally, such records were generated by __Frontier Communications__ electronic process or system that produces an accurate result, to wit:
    The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of __Frontier Communications__, in a manner to ensure that they are true duplicates of the original records; and
    The process or system is regularly verified by __Frontier Communications__, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and phone number where I can be reached are:

Frontier Communications
906 SE Everett Mall Way, Ste 500
Everett, WA 98208

Amber Holland
**Printed Name**

2/7/2023
**Date**

*Amber Holland*
Signature