Exhibit C-1

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512
```

I, Fernando Henrique Luiz Mendes Barbosa, hereby certify:

1. I am a duly authorized custodian of records for Twitter, Inc. ("Twitter"), located in San Francisco, California. I am authorized to submit this certification on behalf of Twitter. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored, and retrieved.

3. On 2023/03/07, Twitter captured the following records:
```
        account-creation-ip.txt
        account-suspension.txt
        account-timezone.txt
        account.txt
        ageinfo.txt
        block.txt
        community_tweet.txt
        community_tweet_media
        connected-application.txt
        contact.txt
        deleted-direct-messages-group.txt
        deleted-direct-messages.txt
        deleted-tweets.txt
        deleted_direct_messages_group_media
        deleted_direct_messages_media
        deleted_tweets_media
        direct-messages-group.txt
        direct-messages.txt
        direct_messages_group_media
        direct_messages_media
        follower.txt
        following.txt
        ip-audit.txt
        like.txt
        mute.txt
        ni-devices.txt
        phone-number.txt
        profile.txt
        profile_media
        protected-history.txt
        screen-name-change.txt
        smartblock.txt
        spaces_media
        tweets.txt
        tweets_media
        twitter-circle-tweet.txt
```

```
        twitter_circle_tweet_media
        verified.txt
```
("Records").

4. The Records were prepared by Twitter and are data that Twitter servers record automatically at the time, or reasonably soon after, the data is transmitted by the user, and the data is kept in the course of regularly conducted business activity and was made by Twitter as a regular practice.

5. The Records were generated by Twitter's electronic process or system that produces an accurate result and were copied in a manner to ensure they are true duplicates of the original records.

6. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of March, 2023.

s/ Fernando Henrique Luiz Mendes Barbosa

AAAAEIDdjhS0YZI2dO/CS0qsfodbaY3tY9s3qMJqaLwL1xuTHmiYIQBTJkplNX+79uaiR6X4Zh+cLDDKfy4
kX6qC8O5/cgReo2EyHViU+35CkmB9UfpAkXwM+5B3iIgiNmDuf5gsw/Zon6tACJdL0m5uYSwNIDN/WqsBi+
7nzWLztIeStE8CaM13IXdxDfPkzYYGOJcLGZnWPZNuSFe7P2wlPGk5wuGXfrGLNSmO9Gly541cXjtgAaSFs
m4ZRV8kueBAsENm9c8eMvbw1O+YRBgGxAFr+09u3DdLBUsFFAu+I1HxTMAoRju0qBg+J048mstxiVQvzkJ7
0WiE7nxzsKee8N5hpdnQAp1THIU=
-----BEGIN PGP SIGNATURE-----
Version: BCPG v1.69

iQIHBAEBCgDxBQJkB8XCwCkcVHdpdHRlciBTZWN1cml0eSBPcGVyYXRpb25zIChU
aGlzIGlzIHRoZSBHUEcgS2V5IGZvciB0aGUgZW1haWwgYWxpYXMgc2VjdXJpdHlA
IGJlaW5nIHJlbmV3ZWQgZm9yIENFQ1VSSVRZLTIzMTg3LiBUaGlzIGtleSBpcyBw
cmltYXJpbHkgdXNlZCB0byBzaWduIGRhdGEgdGhhdCBpcyB0cmFuc21pdHRlZCBi
eSBBZ2VudC1Ub29scywgWmlwYmlyZCBhbm5kIFpppcGJveCkgPHNlY3VyaXR5QHR3
aXR0ZXIuY29tPgAKCRBxyfgLhkT88yf3B/472D6EuTg5lMd4FxquPLzqMHLACOFP
xfDOsQlHXC12ba9E0jZbL9ce+Gttizn4+xpj1FE5AjIoR0BdjugHD2UEjMiEzvU/
VWja2nqc4xT1smhA2kxITFsfx/QcrAq5h+iw3uwa584OckDEp1rf2ZJ8GTHDnyXq
hLKLQMtvGbGTzaL9SnCKyczLoMdbHA5Ny0rSTlF7FPW+Xkx1odTd5OFCSUNRq01c
GGs7pVAmgkIWmRaKFTycB1tdXEjBTvJ78kTo/5lEa6a4AZlI+4euxmv01cHJAWoD
HZBx3Pu02Ch2CcHW499XOdm0mmP5nL4EI9bRHOimAn+RHYFF4X55hbMa
=7lnd
-----END PGP SIGNATURE-----

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

I, Fernando Henrique Luiz Mendes Barbosa, hereby certify:

1. I am a duly authorized custodian of records for Twitter, Inc. ("Twitter"),
located in San Francisco, California. I am authorized to submit this certification
on behalf of Twitter. I have personal knowledge of the following facts and could
testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the
records were created, managed, stored, and retrieved.

3. On 2023/04/05, Twitter captured the following records:
        community_tweet.txt
        community_tweet_media
        deleted-direct-messages-group.txt
        deleted-direct-messages.txt
        deleted-tweets.txt
        deleted_direct_messages_group_media
        deleted_direct_messages_media
        deleted_tweets_media
        direct-messages-group.txt
        direct-messages.txt
        direct_messages_group_media
        direct_messages_media
        spaces_media
        tweets.txt
        tweets_media
        twitter-circle-tweet.txt
        twitter_circle_tweet_media
("Records").

4. The Records were prepared by Twitter and are data that Twitter servers record
automatically at the time, or reasonably soon after, the data is transmitted by the
user, and the data is kept in the course of regularly conducted business activity
and was made by Twitter as a regular practice.

5. The Records were generated by Twitter's electronic process or system that
produces an accurate result and were copied in a manner to ensure they are true
duplicates of the original records.

6. I declare under the penalty of perjury that the foregoing is true and correct to
the best of my knowledge.

Executed this 5th day of April, 2023.

s/ Fernando Henrique Luiz Mendes Barbosa
AAAAEICZGdQSv4G0iJ2yLG9Id/0aXQ69xqjbqsk+yeA2vAW1mTNNt913r5EY+MHWZvXd1Q1IztfmRjQRCty
QGzclD7/Ci16zNAFvNQ8+6bmr0k0bEk/bSO57G8Oj6y1c9lFrSSIeLXU4ksGXtwCPVxbmc3sg2S0b78wrli
```

g/pHs9lYB/jzL9tLuUhnsN/DauB2aBtlg3HanS1/Jomglon+5uReauUPDOJazbOf9VpojpOfGjPrUwjE7qX
BgSbZKlYPIqTwHWHCJTVJfXcH4wMxfl9llfcPbmqmAUD2hhxBME6PhgpDTNcxKR9j2CYjXrg054EK6aiWSw
+UFNFWG1+WfJEN3g0Ne8vGWXvGY=
-----BEGIN PGP SIGNATURE-----
Version: BCPG v1.69

iQIHBAEBCgDxBQJkLda9wCkcVHdpdHRlciBTZWN1cml0eSBPcGVyYXRpb25zIChU
aGlzIGlzIHRoZSBHUEcgS2V5IGZvciB0aGUgZW1haWwgYWxpYXMgc2VjdXJpdHlA
IGJlaW5nIHJlbmV3ZWQgZm9yIFNFQ1VSSVRZLTIzMTg3LiBUaGlzIGtleSBpcyBw
cmltYXJpbHkgdXNlZCB0byBzaWduIGRhdGEgdGhhdCBpcyB0cmFuc21pdHRlZCBi
eSBBZ2VudC1Ub29scywgWmlwYmlyZCBhbm5kIFppcGJvcCkgPHNlY3VyaXR5QHR3
aXR0ZXIuY29tPgAKCRBxyfgLhkT884mCB/4qyQUxra/rfDaKydm+KtJaV8bDZjz1
Fw5cDzamt2pbdytL014s/hMNZSkR9PqvIe2rUd5lCmOmVy7AttI2PZzs38x56CYZ
2Ipo9Ngk4hKfzRKjM4IuFBMVF6yt0B0u61J1BbsVcbx06iJY1r09Q9/ZKvQemjI2
7KXWp4YziiNKx4VH1Zc/qiZbWqJX01Q+iCC+IVYcCH5GbLNmOHU95TWy3b4La9t5
Ry6iJjDbLgwfFlSoMD7yBECRUD18vm40FWkxz/1lsbmVITDEzqeTzbkoYjQknxj5
Rv2byaJzQqCzdZcMBGyH6nx/2lmE0WAVN5LObNEMwQmE6bEa3jcIoUDB
=m/fW
-----END PGP SIGNATURE-----