Exhibit D-3



Google LLC  
1600 Amphitheatre Parkway  
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1. I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3. Google provides Internet-based services.

4. Attached is a true and correct copy of records pertaining to the Google resource identifier(s) , *https://drive.google.com/open?id=1oOxYCXCoBVlWfk_5pn7N4tndTOGH4Dt_, https://drive.google.com/open?id=1Jrtl0dMJ7HdVnLLHjkUw7wBwrfkdmLCo, https://drive.google.com/drive/folders/18R2xpkKBr7kAEHLU4b_YYPzDIwDFkBZ7?usp=sharing, https://drive.google.com/file/d/1Ga40mqX0GhdlGx19OcymxqOP66TlyTCE/view?usp=sharing,* with Google Ref. No. 34311916 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Grand Jury Subpoena.

5. The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6. The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


\_\_\_/s_Andrew Jordan_____            Date: 08/18/23  
(Signature of Records Custodian)


    Andrew Jordan  
(Name of Records Custodian)



Google LLC  
1600 Amphitheatre Parkway  
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

### Attachment A: Hash Values for Production Files (Google Ref. No. 34311916)

18R2xpkKBr7kAEHLU4b_YYPzDIwDFkBZ7.727480826522.Drive.DriveFiles_001.zip:

SHA512-5c3c2bdce0f5f40d64418c3e6167bea472eae9b9830e600f6aa7d62b219b587e397c3f17bb1ef1dde13e152087b149d99447cdfe0c77fca2d232c2df7da688a6

1Ga40mqX0GhdlGx19OcymxqOP66TlyTCE.727480826522.Drive.DriveFiles_001.001.zip:

SHA512-2bde85b321f6d3760c16fde819dba164372b021901e571f7c79f08808d3af801a350e7a1ef649a8f86a76cf5096255e01fe8e821393ad94a67e4056897b58c5a

1Jrtl0dMJ7HdVnLLHjkUw7wBwrfkdmLCo.867030490921.Drive.DriveFiles_001.zip:

SHA512-aa190a877b6d951466be446acda174d66ae347d8507588e2185fa04280df51807d1f6a5f4e64d38a1b7332b169d236772172d09e48489612afa80a4cb16e3ce8

1oOxYCXCoBVlWfk_5pn7N4tndTOGH4Dt_.867030490921.Drive.DriveFiles_001.zip:

SHA512-01f80d17e4f33db33c0b23bc58ff534aa8a32997b0248598e32ee338a0c1c756ba403215447257197ccdbdff6991197e5c061aab923f5e0f6072fd5de5d1d8b9

johnconquestreddit@gmail.com.727480826522.GoogleAccount.SubscriberInfo_001.zip:

SHA512-2465309f077f817258e34c416e9a1fe622082f17c2b704649f88c03c4c974af74bdd42be4fea377398905ee0109b0504b3763f2939fa06cd9c51af5666cae52e

johnconquestreddit@gmail.com.926200179225.GooglePay.BillingInformation_001.zip:

SHA512-f098212867e5dc7de8c7c99210b597571ec1b9c4a38c3986434d9d54d8b9866a855f59dee0ae6eff2fb3cb5982d809b9371a39b5cc4cdd1eec96ceb2279b90ee

tim@burke-communications.com.449033835013.GooglePay.BillingInformation_001.zip:

SHA512-c394570e3d0370e908a9bffe4f4318ad816708901522ceb2b60f65bae74cd2bec13e6fb112c786c826eef5066fb0431bf1174879e3d0bb4e908a83ee0a7505d0

tim@burke-communications.com.449033835013.GooglePay.CustomerInformation_001.zip:



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

SHA512-
99015de3feb8cafcad985a9fc25dd5cceec70e4490fe77e8309fafbc88bd4a64b0a721868bdfb7b9681
8f5b2d7d48da39cc5ff69440a9e367113b11c140f54d1

tim@burke-communications.com.455709721372.GooglePay.BillingInformation_001.zip:

SHA512-
cbbf0b815d1135f12f71510e0c1fa7af3c5c096231b283fa4f49a24233a65daa639310a7079fe0c7c1a
6e5c119a56fb37b755e0729835877126c764047cc5b21

tim@burke-communications.com.455709721372.GooglePay.CustomerInformation_001.zip:

SHA512-
ab933561de663139dbfca35193f1c5bcec6fd86c11129d7ed34dc91d4b6457f604761133d7a6a1903
7d5112abfdedd03069af9b2703d1f0e49a3fe2aab0c45b1

tim@burke-communications.com.867030490921.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
7e9f9491ab111108f6622e79d408b868c16fee97e2c24d5312a1d2a1e6a6884549a6de42acb33150a
048947a420b3a6e54df2fcbc2adf4befbec6a1e94647edb

tim@burke-communications.com.964454946476.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
3d0fba88b1763bba8ac4378613d607459741b98a69a453bfb809e9ef486a45f4191458cba70450161
b66919f131b3bc894993119cef4dcd39e29afba55930980