Exhibit D-5



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1.    I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.    I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.    Google provides Internet-based services.

4.    Attached is a true and correct copy of records pertaining to the Google IP address(es)-holder(s) identified with IP address(es) *67.183.179.97,* with Google Ref. No. 33919695 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the 2703(d) Order or Equivalent.

5.    The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.    The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Christine Yu_____                  Date: 04/24/23
(Signature of Records Custodian)


    Christine Yu
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**Attachment A: Hash Values for Production Files (Google Ref. No. 33919695)**

67.183.179.97.67.183.179.97.GoogleAccountTargetAssociation.ReverseIp_001.001.zip:

MD5- 6ce28884811f3d0937f66d651d340bd2
SHA512-
1d30b81527d137cad54e72730be1a53ae2acc76f03305344dc6b61130ede1054c50c54c1ee66de476e71ce7c020532542331274e82b41ba3bf406b3b1f1f160e

67.183.179.97.67.183.179.97.GoogleAccountTargetAssociation.ReverseIp_001.002.zip:

MD5- 85f1f649e5d363b3ed698b47a89dafed
SHA512-
3b62cfeaccd8c14bc359b3a394f97e6b4716729b5db6ee5109bfb36e3898bc62060bb6dc5e46d8cfb269c2623a665ccc33ddb8d7676779955aeb17788d832669

67.183.179.97.67.183.179.97.GoogleAccountTargetAssociation.ReverseIp_001.zip:

MD5- 98514af4a934f2e785a8482c46974560
SHA512-
4f9628282fc20f8922a335abf5aa8f80b9373267f146de636747cb5ea2254f901ba4789af8675f79cf19298e65fc6b229472c0b54385c61e9b6cb98eef66bcb2



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1.  I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.  I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.  Google provides Internet-based services.

4.  Attached is a true and correct copy of records pertaining to the Google IP address(es)-holder(s) identified with IP address(es) *67.183.179.97,* with Google Ref. No. 33919695 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the 2703(d) Order or Equivalent.

5.  The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.  The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Christine Yu_____         Date: 04/25/23
(Signature of Records Custodian)


     Christine Yu
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**Attachment A: Hash Values for Supplemental Production Files (Google Ref. No. 33919695)**

67.183.179.97.67.183.179.97.GoogleAccountTargetAssociation.ReverseIp_001.003.zip:

MD5- 644925d7a474e89a2c1c3362d33d7c60
SHA512- 3969ef45c30863b4599f2a530ba14cf6d6fa7e8fbbce2b1304f03613acad53a3e8922b3a1d9c07df545b9a60c2dc0f05077e4f8784490ff82b1dd60f246480fd

67.183.179.97.67.183.179.97.GoogleAccountTargetAssociation.ReverseIp_001.004.zip:

MD5- cd7592541991d578201487737a5ced73
SHA512- 51ab7feab7ca556ff96b3760b7adaf651c66430235a03c4bfd6cdd96536cacb2e564be5d955d21c7a5cbd883e96ab6a429bbfff8b70f35d9c6b4a8007163e040

67.183.179.97.67.183.179.97.GoogleAccountTargetAssociation.ReverseIp_001.005.zip:

MD5- 1a33e3593b0a1d87adc8d6315f52186d
SHA512- 036ce6e7592545a40e99f559ac229d64e1b663487632fd306b3732b8915d943de1e299c87eff80b6be54f30d72d1c53d1baa78df0dffb2f9dac290552f859bf6

67.183.179.97.67.183.179.97.GoogleAccountTargetAssociation.ReverseIp_001.006.zip:

MD5- a7783fa7750f8a5cd2ea73339f60bbf3
SHA512- 3efcf0a9df08f6d8896cc636ef2ee531599f5540b91d2568345700e8b59ee4c295d9d4f35eb59f77e6d11403e6c49ec489f98662913c5de3ac08ce0ab774503f

67.183.179.97.67.183.179.97.GoogleAccountTargetAssociation.ReverseIp_001.007.zip:

MD5- a0c187351454a6c517469ce9f33bb0da
SHA512- 4bfe2b9ee79c897d6c147c2d5a76977b293d02fbdf1fc621c425547f9e83beb4d1b56647d925d971d71a15d35cdc8595d1a6dc815c657a27d7105b3ecf2afb82

67.183.179.97.67.183.179.97.GoogleAccountTargetAssociation.ReverseIp_001.008.zip:

MD5- dd14cecfbff2459f967db764e903b281
SHA512- 892d50ab69846d78b2ae1b1881e45ac5efd6af00c8672282402d5306327cd206de3b2d8423afe30ba2d0bd8e2d44a0ade79e71646556f3fe48503f2b3fe2b372

# Google

Google LLC  
1600 Amphitheatre Parkway

USLawEnforcement@google.com  
Mountain View, California 94043  
www.google.com

**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1.  I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.  I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.  Google provides Internet-based services.

4.  Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *SIFTEDSAND@GMAIL.COM, MARCOMAN5699@GMAIL.COM,* with Google Ref. No. 35941732 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the 2703(d) Order or Equivalent.

5.  The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.  The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

___/s_Javier Pena_____                Date: 06/13/23  
(Signature of Records Custodian)

    Javier Pena  
(Name of Records Custodian)

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

**Attachment A: Hash Values for Production Files (Google Ref. No. 35941732)**

marcoman5699@gmail.com.238965357765.AccessLogActivity.Activity_001.zip:

MD5- 51ee9c169d6da2d8501c78a421b44e90
SHA512-
2cd56aa532a2080e5d47a739605869205952255924c1d8effc92d431f23ddcdc2e7d5dc31d0b77fa5
b9d223fd43689762b00097884da9c221c68e33cc7724240

marcoman5699@gmail.com.238965357765.GoogleAccount.SubscriberInfo_001.zip:

MD5- 312983733a96ea88700815d8cb4f4dc5
SHA512-
d9d25dbfc61ae451fc83580d8e26faee99fd9b249c70ddad7ce1068b73d9dedd33fb22b9df31ef3912
44e71344e8548061ef09d03338a178c975279083710399

marcoman5699@gmail.com.238965357765.GoogleChat.GroupInfo_001.zip:

MD5- f32d524f55a844d262ccbca4cf6e402d
SHA512-
ee5f9e83ffd14affc26f483f86c6a6ab3051eb4109347366505be5d0c3b94a66bd5a41b3a652a2cf827
a930ac7787d9555055abe07de5da905c42ff50476b92f

marcoman5699@gmail.com.238965357765.GoogleChat.GroupTasks_001.zip:

MD5- 9704b5a3210af11c17d484f40184ff4b
SHA512-
296ad8052fd50f9bf985cd504e45f14178ae2610d85c9bf27ce2b82f579953aef525ca17d1c8f88e68
9c66f7a12fd5e24cbaf89d60d64b37c9508fb1ebea08e7

marcoman5699@gmail.com.238965357765.GoogleChat.Messages_001.zip:

MD5- 0b29230595c44187389830eb4de43b98
SHA512-
395616081b5f40da2e8170d3e9ee488e547dda2ecad39f7e620fee0a9ae07a2634d70141898955814
37d048984bc0f899f28ce1ad99141250897611c4c76b362

marcoman5699@gmail.com.238965357765.GoogleChat.UserInfo_001.zip:

# Google

Google LLC  
1600 Amphitheatre Parkway  

USLawEnforcement@google.com  
Mountain View, California 94043  
www.google.com

MD5- cdde4002ef67556fb85a15451fe7e695  
SHA512-
a93d504da67aceeb45bad7a3a43151e7c78c45d2ea0a20a9481aef2aca3fceb1759fccdc26a993cd67f
1a2530fdd87a99e4b7f87ff608b9e4be33de2193212bb

marcoman5699@gmail.com.238965357765.Hangouts.Metadata_001.zip:

MD5- 1b3020ba2a5bcc0850175d07226aa554  
SHA512-
49c4a097ea52aabf19224de3552ea2d4cb16f34338fa63f35cdb6bf6e576531510ac8b732627eca651
a6f1d14bfe29338d099920513d9eb166af06509fa9fb97

marcoman5699@gmail.com.238965357765.Mail.MessageContent_001.zip:

MD5- 1c42e233a15afe3a45a9e6ee7044d20f  
SHA512-
f797e78f5c8435b1d7f32d85573fb31a8d431aa5274aa7d25712695e3dd33149f23aafea546ad137f3
3eb325305ee38b3209e09b2a435e9ad9e58ca96bbb108f

marcoman5699@gmail.com.238965357765.Mail.MessageInformation_001.zip:

MD5- 0fcf9e0eb2f1dfa887d42634ed208c54  
SHA512-
48f125c725969796c904801e34bee220cdacc90bd916401f4e85577255c76e0a481c7e3c684745d34
79aaf5341fd074dc06bd808c5a771a57ddd4fbd0d4cd7ff

marcoman5699@gmail.com.238965357765.Voice.Billing_001.zip:

MD5- b3aadef618f80b4eddb082cfedfa761f  
SHA512-
797b95fee41b1212ea42dd1860e7389eafe3ff9c136de14fd6b6c64ec817fd153c0cfb648ce8be7180f
df63758a1eff20609b2d99b88843cc09837232da9a816

marcoman5699@gmail.com.238965357765.Voice.Communications_001.zip:

MD5- 3adbe74e7584fe3051570be479eec3bc  
SHA512-
83ed981a6d719c9d8fd85ccae7477809dd6cb075da372adb45af61f383fb86a09131dc76a5ada2c50
45442189239d93465b8855b2e65b43da3cb8a4cac40a9bb

# Google

Google LLC  
1600 Amphitheatre Parkway

USLawEnforcement@google.com  
Mountain View, California 94043  
www.google.com

marcoman5699@gmail.com.238965357765.Voice.SubscriberInformation_001.zip:

MD5- db82a82c98f9c03b15a556a3ea4e66bb  
SHA512- 89bb257e62c662e6f206d71426636374db1219873fc64bdab8867a762e38908659041 69225660d92 25f2db3355501a42ac37b01a512ba4186968577b369f0355

marcoman5699@gmail.com.312619157675.GooglePay.BillingInformation_001.zip:

MD5- a16a80f06ca2b0a9883eec787220e9f4  
SHA512- 22261f44dcb6f3461a644745662bbe937cd7e2460447b50ebcb4f586619bc70f38fbcf144936c021e 424ec2b44b10df80193197b59b7f927ea2c42b4cdeeb278

marcoman5699@gmail.com.312619157675.GooglePay.CustomerInformation_001.zip:

MD5- 18af335db2c6b695fc4c83f2da509c6e  
SHA512- 07bd16a010519a724eb942b6a4f74185309e359f989fbef7bc0b2a91551feeeae5b65a2ea785aa9c55 5446481690d79255c2d81c0b2c3ab0b28f624f4ceac31a

marcoman5699@gmail.com.829751857788.GooglePay.BillingInformation_001.zip:

MD5- b800c5438e0dbe0f260e7428c30fe64d  
SHA512- 1f6716a9568c410de0c53a30dbf7b42198c9b6ed0f63963ac44c2bc12833f51d3d98d4356d77333e5 da52d78399dfa46394b0f4152627a6a920e86921e5c6a40

marcoman5699@gmail.com.829751857788.GooglePay.CustomerInformation_001.zip:

MD5- 2f78051632a8656c8d3d47970b957ffd  
SHA512- e3c8a842eef2d30cc01bfcfb52850fce4757687aa38b54c21e9d4bb25b325fbafc1074402ddd381af0 2b042b0fc912a689097daee3f20383bc1e4e390a311ebb

siftedsand@gmail.com.269914686316.AccessLogActivity.Activity_001.zip:

MD5- 1c358baed1550b4f87d025716db5ae20  
SHA512-

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

acdfdca445944f6945ff2c3a26adbc2be35eb5e9ef6e65c7c91a807442a95159ee68c1a4fbeef56f54b242da6a6ca225dda2e55e34dbe0c3e2dfc3477db82a75

siftedsand@gmail.com.269914686316.GoogleAccount.SubscriberInfo_001.zip:

MD5- a2f4e92d373acd31bbb41210d3371480
SHA512- d65daa5a82126f7a0d01bc9cdfe393e2a3e42d7ec68c05aee0e95993fd25ac5528b97b805dd6f784657014d0242312d82ac6c713ae78a8dd2e86c16b2713c5f5

siftedsand@gmail.com.269914686316.GoogleChat.GroupInfo_001.zip:

MD5- 6d6996d562c277dd9aecfa2cb63245aa
SHA512- 9eaca5930fa8b4b7929515a84b88323f3f3d560f77b575b98631dff2b825ffcce4c5a0d01ddc252e0a61096ec69c7d0d4fe22b45fa7a28278bd42ce2eef21260

siftedsand@gmail.com.269914686316.GoogleChat.GroupTasks_001.zip:

MD5- 2bc41bd03d890c2e7fa163758c86ad31
SHA512- 8262bf153a0aa550d92beba73e33ac043b117c549256e140cfa3c7fffe12ecea01c4871d24a30542e6a4f48b0fbf7544aa44ecf30ed379e81440b9c305fc1766

siftedsand@gmail.com.269914686316.GoogleChat.Messages_001.zip:

MD5- 839f7f33fdbf80033c792619578736d8
SHA512- abb0cde7ca4aca0fcfa6feaa15af3ac7d095f18303af237214a72833f8fad17e49b9f1b9588e710d40c00a3b3a14c5c50e7c7987fffeac65079b63fa5d957f7d

siftedsand@gmail.com.269914686316.GoogleChat.UserInfo_001.zip:

MD5- 68003dc73e5a46ce3f21561100d77a00
SHA512- 3b3a89c9ef4c59b2af663edb4a3749c8e4323eff07f2bd40985097029cc46a598542705ba11fd5fceabf87806f31efa27ff115fb45a1cf8d60e95baf443028c3

siftedsand@gmail.com.269914686316.Hangouts.Metadata_001.zip:

Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

MD5- b7e6de8effdb4f5a117e4917e11cc3bc
SHA512-
8a9041404968a50dc8ce9d304c0b6b03cc84fee33c6a18b3acf7a4e38f79d5d42fc1e3f5f1506d8232
e37bce412b4478e2f45862739f96ea373654513956f137

siftedsand@gmail.com.269914686316.Mail.MessageContent_001.zip:

MD5- db3bc341283b011162ec7157a68ed6b4
SHA512-
c11856810e3dbf90b0abbd5aad687fdbe67caddb4b7774b02f24aebaf30b4ff8f1b5b9a854573ead69
a076a9cf79dd841700b441d0dad96e9de4372f124ef67d

siftedsand@gmail.com.269914686316.Mail.MessageInformation_001.zip:

MD5- 43abc25b0169dbe40d4ef6884c91fe70
SHA512-
f061ef391f9cba27df047aaa8bcc852d6eea4f9c67b03e35d06a03100646df29dc72d946e8d6bea55c
56f05fd92546ce36f065a318e7d290700ce78cd4058be4

siftedsand@gmail.com.269914686316.Voice.Billing_001.zip:

MD5- fd5891a91bb0c87e5a10b217a5f09796
SHA512-
520dffb0c166a7ef0df7421e6be5695194a2d18a210e004db455fec4c6fc08eadd975779b2971989e8
24e39d17edf8f69d77fe030db2b0390c287513fe00c4b6

siftedsand@gmail.com.269914686316.Voice.Communications_001.zip:

MD5- 267a9668122020feb41316838593a6cc
SHA512-
ad9de419345e9220880d7d36c0d3d06ff87e9def5aa9884a0f6f983d842d1196050ca64d33d5746c0
e005bee0deb783a4ab15f39476a817608c27402c63f4a2b

siftedsand@gmail.com.269914686316.Voice.SubscriberInformation_001.zip:

MD5- 77c6f9fc6487c0fcfd772e5719b89235
SHA512-
cc177b8638408c4365b34dbc2bd91938ca4f21b7bd94fcb043049c563136787d0b5d6c964d2e4c27
28602e72a2accb374bd1be370b2b3270636e80eead60ed2b