# Exhibit G

2022R02121 - 025

# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, __Michelle De Gado__, am the custodian of records or am otherwise
   (name)
qualified to authenticate the records of __Tampa Bay Federal Credit Union__
                                              (company or business)
I have provided the following records to the United States pursuant to Subpoena No.
__2022 R02121 -025__.

List of records provided:
__Statements, check copies (deposits & clearings)__
__membership applications__

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**

Additionally, such records were generated by _____ electronic process or system that produces an accurate result, to wit:

The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____, in a manner to ensure that they are true duplicates of the original records; and

The process or system is regularly verified by _____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and phone number where I can be reached are:
__3815 N. Nebraska Ave__
__Tampa, FL 33603__

__Michelle De Gado__                    __[signature]__
Printed Name                              Signature

_____
Date