Exhibit D-2

Google LLC  
1600 Amphitheatre Parkway



USLawEnforcement@google.com  
Mountain View, California 94043

# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.  I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.  I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.  Google provides Internet-based services.

4.  Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *GHOSTPOLITICS@LIVE.COM,* with Google Ref. No. 34231356 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Grand Jury Subpoena.

5.  The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.  The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


\_\_\_/s\_VaShaun Barrett_____              Date: April 27, 2023  
(Signature of Records Custodian)


    VaShaun Barrett  
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 34231356)**

ghostpolitics@live.com.1087544412845.GoogleAccount.SubscriberInfo_001.zip:

MD5- 7c9b1851366a29c601b3f356e55c3a6b
SHA512-
8f20af6aaad7715a7076cf200b3db112f9bf8b45dabb9cd438153bbcff7a07a3e664cd5005548304c5
4082a9e5515abb1d0409c40972b577d98698b0735e6ed3

ghostpolitics@live.com.1087544412845.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

MD5- 3eb8c9171c41e51384d8d848205ed561
SHA512-
fe96571cd4a800ce9d187fd22d1d8dc72dfe111f582a26b50270ef492a9c75e89eca4feaa79b9df0c17
ce80db7aafa0eb240998399e0132b3814458007e0c412

ghostpolitics@live.com.1087544412845.Voice.Communications_001.001.zip:

MD5- b8e1affa57bd4af0aa0c038af2447804
SHA512-
1440333975c01bcd8ac8f800df565082bbcc82617cfd3a0359a5b6b4da794ce8beb9a96be417f53bf
d2cf91a4c37f19e9d917c08fe829da0f0276bc0e03a62a8

ghostpolitics@live.com.1087544412845.Voice.Communications_001.Preserved.zip:

MD5- b93d36cbd5ee9b69a2dc8964eb2f2c24
SHA512-
fc2f6b69f74e24947174160b5cf9d33d453ae8a2f60be1eca74911179404b4bc6f5c02beee20a27e85
4d11f52c3d207bd395258464663a7dc2d03674d435e581