UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:24-cr-68-T-KKM-TGW

TIMOTHY BURKE

_____/

ORDER

THIS CAUSE came on for consideration upon Defendant Timothy Burke's 24-page Opposition to Government's Motion to Enjoin Publication or Use of Seized Expressive Materials (Doc. 44). The defendant already filed an opposition memorandum (Doc. 39). A party is not entitled to submit a second opposition memorandum. The defendant has not sought leave to file this second memorandum or explained what circumstance(s) prevented him from timely raising the matters in the properly-filed opposition memorandum.

The defendant acknowledges in a footnote that this is his second opposition memorandum, stating that it addresses "different bases for objection" (Doc. 44, n. 1). That is not a justification for this untimely and impermissibly long filing. See Local Rule 3.01(b)(A response to a motion may not exceed 20 pages); Local Rule 3.01(c)(A party may respond to a

motion within fourteen days of service of the motion).

It is, therefore, upon consideration,

ORDERED:

That the Clerk is **DIRECTED to STRIKE** Defendant Timothy Burke's 24-page Opposition to Government's Motion to Enjoin Publication or Use of Seized Expressive Materials (Doc. 44) as an unauthorized filing.

DONE and ORDERED at Tampa, Florida, this 25th day of May, 2024.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE