UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-68-KKW-TGW

TIMOTHY BURKE

## NOTICE OF RELATED CASE

The United States of America hereby notifies this Honorable Court, pursuant to Rule 1.07(c) of the Local Rules of the United States District Court, Middle District of Florida, of the existence of a similar or related case which concerns issues of law and facts related to those of the above-captioned case. That case is *United States of America v. Marco Gaudino*, Case No. 8:24-cr-165-CEH-SPF. Both cases allege that the named defendants participated in the same conspiracy.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Jay G. Trezevant*
Jay G. Trezevant
Assistant United States Attorney
Florida Bar No. 2012221
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: jay.trezevant@usdoj.gov

U.S. v. Timothy Burke                                Case No. 8:24-cr-68-KKW-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Michael P. Maddux, Esq.
    Mark D. Rasch, Esq.


                                                                     */s/ Jay G. Trezevant*
                                                                     Jay G. Trezevant
                                                                       Assistant United States Attorney