# Attachment 3

| File ID# | payloadAsUTF | eventName | srcIp | userName | startDateTime |
|---|---|---|---|---|---|
| 1 | <181>Feb 21 01:51:29 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.86) [NOTICE] /data/aspera/footage//footage10/footage10_█████_2000_dunk_contest_hd.mxf downloaded  (24 bytes, 312.08KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.86 | [f—ry] | Feb 21, 2022, 1:51:29 AM |
| 2 | <181>Feb 21 01:51:29 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.86) [NOTICE] /data/aspera/footage//footage10/footage10_█████_2000_dunk_contest_hd.mxf downloaded  (42860404 bytes, 1554.80KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.86 | [f—ry] | Feb 21, 2022, 1:51:29 AM |
| 3 | <181>Feb 21 00:54:36 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.86) [NOTICE] /data/aspera/footage//footage25/GP1_CICC_committee_meet_and_greet_22022 /DCIM/909_0220/MVI_1370.MP4 downloaded  (23 bytes, 468.70KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.86 | [f—ry] | Feb 21, 2022, 12:54:36 AM |
| 4 | <181>Feb 21 00:51:06 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.86) [NOTICE] /data/aspera/footage//astro/archived/home/aspera/scripts/hotfolders/logs/spox.log downloaded  (481780 bytes, 943.76KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.86 | [f—ry] | Feb 21, 2022, 12:51:06 AM |
| 5 | <181>Feb 21 00:51:05 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.86) [NOTICE] /data/aspera/footage//astro/archived/home/aspera/scripts/hotfolders/logs/content_network_lr.log downloaded  (292180 bytes, 850.88KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.86 | [f—ry] | Feb 21, 2022, 12:50:56 AM |
| 6 | <181>Feb 21 00:50:56 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.86) [NOTICE] /data/aspera/footage//astro/archived/home/aspera/scripts/hotfolders/██tatstest.sh downloaded  (402 bytes, 21.12KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.86 | [f—ry] | Feb 21, 2022, 12:50:46 AM |
| 7 | <181>Feb 21 00:50:45 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.86) [NOTICE] /data/aspera/footage//astro/archived/home/aspera/scripts/curlOut downloaded  (59 bytes, 2.11KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.86 | [f—ry] | Feb 21, 2022, 12:50:45 AM |

| File ID# | payloadAsUTF | eventName | srcIp | userName | startDateTime |
|---|---|---|---|---|---|
| 1 | <181>Sep 14 22:13:21 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage/footage_vivo_check_091422_▮▮▮▮▮_360_degree_ENT202200021371080001r.mxf downloaded (119980104 bytes, 25082.40KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 10:13:21 PM |
| 2 | <181>Sep 14 22:14:20 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage/footage_vivo_check_091422_▮▮▮▮▮_Alley_Oop_ENT202200021371080002r.mxf downloaded (149921030 bytes, 3775.81KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 10:14:20 PM |
| 3 | <181>Sep 14 22:15:47 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage/footage_vcheck_091422_Cutaway_ENT2022000213711300001r.mxf downloaded (483118176 bytes, 3740.79KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 10:15:47 PM |
| 4 | <181>Sep 14 22:19:22 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage18/0001308106.mp4 downloaded (484577762 bytes, 5529.88KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 10:19:22 PM |
| 5 | <181>Sep 14 22:20:09 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage/footage_▮▮▮▮▮_022700.mp4 downloaded (1567258411 bytes, 3942.88KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 10:20:09 PM |
| 6 | <181>Sep 14 22:20:33 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//▮▮▮▮▮SOUND_FILES/SND_01/22Y08M28/106T02.wav downloaded (18168300 bytes, 6140.97KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 10:20:34 PM |
| 7 | <181>Sep 14 22:20:40 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage/footage_1stqtr_▮▮▮▮▮_022700.mp4 downloaded (1684484259 bytes, 4340.99KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 10:20:41 PM |
| 8 | <181>Sep 14 22:20:56 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage/footage_3rdqtr_▮▮▮▮▮_022700.mp4 downloaded (1785403234 bytes, 4008.68KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 10:20:56 PM |
| 9 | <181>Sep 14 22:21:34 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage/footage_1stqtr_▮▮▮▮▮_061291.mp4 downloaded (1799885447 bytes, 4421.63KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 10:21:34 PM |
| 10 | <181>Sep 14 22:41:02 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage10/20220913_▮▮▮▮▮_0042100406 - Above The Rim (Right).mp4 downloaded (5205775283 bytes, 4432.31KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 10:41:03 PM |
| 11 | <181>Sep 14 22:41:04 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage10/20220913_▮▮▮▮▮_0042100406 - Above the Rim (Left).mp4 downloaded (5205722241 bytes, 4425.46KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 10:41:04 PM |
| 12 | <181>Sep 14 22:41:54 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage10/20220913_▮▮▮_0042100406 - LO SLA.mp4 downloaded (5205668032 bytes, 4243.19KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 10:41:54 PM |
| 13 | <181>Sep 14 22:43:29 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage10/20220913_▮▮▮▮▮_0042100406 - BROADCAST.mp4 downloaded (5205843583 bytes, 3929.87KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 10:43:29 PM |
| 14 | <181>Sep 14 22:59:47 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage10/20220913_▮▮▮▮▮_0042100406 - Left Handheld.mp4 downloaded (5205547184 bytes, 4532.13KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 10:59:47 PM |

| # | Log entry | | Action | IP | User | Timestamp |
|---|---|---|---|---|---|---|
| 15 | <181>Sep 14 23:00:36 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage10/20220913_▮▮▮__0042100406 - RO SLA.mp4 downloaded  (5205848090 bytes, 4954.43KB/sec) | | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 11:00:36 PM |
| 16 | <181>Sep 14 23:01:08 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage10/20220913_▮▮▮__0042100406 - PXP.mp4 downloaded  (5205529035 bytes, 4414.47KB/sec) | | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 11:01:08 PM |
| 17 | <181>Sep 14 23:02:13 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage10/20220913_▮▮▮__0042100406 - Mobile.mp4 downloaded  (5205828063 bytes, 4013.36KB/sec) | | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 11:02:13 PM |
| 18 | <181>Sep 14 23:18:12 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage10/20220913_▮▮▮__0042100406 - Right Handheld.mp4 downloaded  (5205612757 bytes, 4616.21KB/sec) | | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 11:18:12 PM |
| 19 | <181>Sep 14 23:18:35 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage10/20220913_▮▮▮__0042100406- High-Tight.mp4 downloaded  (5205686606 bytes, 4735.30KB/sec) | | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 11:18:35 PM |
| 20 | <181>Sep 14 19:10:07 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//Refops/378_Bench_▮▮▮_4_5_22_▮▮▮_Bench.mp4 downloaded  (18088598 bytes, 5641.93KB/sec) | | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:10:07 PM |
| 21 | <181>Sep 14 19:10:06 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//Refops/376_Bench_▮▮▮_2_11_22_▮▮▮.mp4 downloaded (17451292 bytes, 6491.93KB/sec) | | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:10:07 PM |
| 22 | <181>Sep 14 19:10:18 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//Refops/bbops_22RPSM_292_▮▮▮_102621.mp4 downloaded (23318948 bytes, 14192.09KB/sec) | | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:10:09 PM |
| 23 | <181>Sep 14 19:10:09 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//Refops/bbops_22RPSM_294_▮▮▮_103122.mp4 downloaded (31435358 bytes, 20965.20KB/sec) | | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:10:09 PM |
| 24 | <181>Sep 14 19:10:29 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//Refops/bbops_22RPSM_305_▮▮▮_110221.mp4 downloaded (24481739 bytes, 17819.00KB/sec) | | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:10:20 PM |
| 25 | <181>Sep 14 19:10:40 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//Refops/bbops_22RPSM_252_▮▮▮_112421.mp4 downloaded (38683054 bytes, 13943.04KB/sec) | | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:10:31 PM |
| 26 | <181>Sep 14 19:10:51 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//Refops/bbops_22RPSM_269_▮▮▮_121021.mp4 downloaded (28992685 bytes, 2137.48KB/sec) | | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:10:42 PM |
| 27 | <181>Sep 14 19:11:00 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//Refops/bbops_22RPSM_265_▮▮▮_112421.mp4 downloaded (31452436 bytes, 1532.46KB/sec) | | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:11:00 PM |
| 28 | <181>Sep 14 19:11:25 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//drops/mm1_▮▮▮_2nd_4x5_g4_phantom _mix_h265_4x5.mp4 downloaded  (22124682 bytes, 14806.74KB/sec) | | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:11:25 PM |

| # | Log entry | | | | |
|---|---|---|---|---|---|
| 29 | <181>Sep 14 19:16:47 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage23/footage23▮▮▮▮▮▮▮_moments_Livecall_ENT2022000 21371740006r.mov downloaded  (483290854 bytes, 4418.54KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:16:47 PM |
| 30 | <181>Sep 14 19:17:17 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//brapprovals/promos_091322▮▮▮_App_VO_Mix_530p.mp4 downloaded  (225595029 bytes, 4219.99KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:17:17 PM |
| 31 | <181>Sep 14 19:19:40 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage23/footage23_▮▮▮▮▮▮_moments_▮▮▮▮▮▮_Livecall_ ENT202200021371740003r.mov downloaded  (647491623 bytes, 3685.69KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:19:40 PM |
| 32 | <181>Sep 14 19:19:54 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//▮▮▮▮▮▮/mxf/0000050045_ENT202200021365850001r.mxf downloaded  (525051538 bytes, 3791.63KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:19:54 PM |
| 33 | <181>Sep 14 19:20:10 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage23/footage23_▮▮▮▮▮▮_moments_▮▮▮▮▮▮▮_B_Rol l_Hilites_ENT202200021371740002r.mov downloaded  (1037924859 bytes, 3274.71KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:20:10 PM |
| 34 | <181>Sep 14 19:20:21 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//▮▮▮▮▮▮/mxf/0000177399_ENT202200021365850003r.mxf downloaded  (28640915 bytes, 2916.61KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:20:21 PM |
| 35 | <181>Sep 14 19:20:41 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//▮▮▮▮▮▮/mxf/0000177399_ENT202200021365850002r.mxf downloaded  (60170823 bytes, 1973.99KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:20:41 PM |
| 36 | <181>Sep 14 19:20:43 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//▮▮▮▮▮▮/mxf/0000174994_ENT202200021365850006r.mxf downloaded  (94392345 bytes, 2870.87KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:20:44 PM |
| 37 | <181>Sep 14 19:20:54 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage/▮▮▮▮▮▮/mxf/0000174994_ENT202200021365850004r.mxf downloaded  (94425684 bytes, 2156.04KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:20:54 PM |
| 38 | <181>Sep 14 19:21:09 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage23/footage23▮▮▮▮▮▮▮_moments_Funny_ENT20220002 1371740004r.mov downloaded  (103728814 bytes, 1811.70KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:21:01 PM |
| 39 | <181>Sep 14 19:21:35 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage23/footage23_▮▮▮▮▮▮_moments_▮▮▮▮▮▮_Studio_S how_ENT202200021371740001r.mov downloaded  (1452104182 bytes, 3596.16KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:21:35 PM |
| 40 | <181>Sep 14 19:21:46 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage23/footage23_▮▮▮▮▮▮_moments_▮▮▮▮▮▮_Livecall_ ENT202200021371740007r.mov downloaded  (175433689 bytes, 4659.31KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:21:46 PM |
| 41 | <181>Sep 14 19:22:19 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage23/footage23_▮▮▮▮▮▮_moments_Livecall_ENT2022000 21371740005r.mov downloaded  (488624867 bytes, 3021.67KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:22:19 PM |

| # | Log entry | | | | |
|---|---|---|---|---|---|
| 42 | <181>Sep 14 19:24:41 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage23/footage23_▮▮▮▮▮_g2_050687_Cutaway_ENT2022000213 70860001r.mov downloaded  (517607976 bytes, 3595.90KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:24:41 PM |
| 43 | <181>Sep 14 19:27:12 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage23/footage23_▮▮▮▮▮_g2_050687_Cutaway_ENT2022000213 70860003r.mov downloaded  (1179809853 bytes, 3556.50KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:27:12 PM |
| 44 | <181>Sep 14 19:29:56 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage23/footage23_▮▮▮▮▮_g2_050687_Cutaway_ENT2022000213 70860002r.mov downloaded  (1755020709 bytes, 3426.48KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:29:56 PM |
| 45 | <181>Sep 14 19:32:09 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage23/footage23_▮▮▮▮▮▮▮▮_moments_Studio_Comments_ENT202200021371740008r.mov downloaded  (3583429167 bytes, 3401.21KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:32:09 PM |
| 46 | <181>Sep 14 19:32:23 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage23/footage23_▮▮▮▮▮_g2_050687_Cutaway_ENT2022000213 70860005r.mov downloaded  (1016360157 bytes, 3207.30KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:32:23 PM |
| 47 | <181>Sep 14 19:34:08 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage23/footage23_▮▮▮▮▮_g2_050687_Cutaway_ENT2022000213 70860004r.mov downloaded  (2414225231 bytes, 4162.72KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:34:08 PM |
| 48 | <181>Sep 14 19:51:32 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//▮▮▮▮▮Vivo_content_to_neulion/19840129_All-Star_Game_East_West_Portuguese.mp4 downloaded  (7915944523 bytes, 4339.73KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:51:32 PM |
| 49 | <181>Sep 14 19:57:36 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//footage23/footage23_▮▮▮▮▮▮▮▮▮▮▮▮.mov downloaded (7154200551 bytes, 4211.10KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 7:57:36 PM |
| 50 | <181>Sep 14 21:25:10 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//▮▮▮▮▮/2022_PilotoCamisas_ProjectManager/20220815_▮▮_StoryCamisas_Piloto_PIP2.mov downloaded  (87349936 bytes, 5625.89KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:25:10 PM |
| 51 | <181>Sep 14 21:25:29 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage/▮▮▮▮▮2022_PilotoCamisas_ProjectManager/20220815_▮▮A_StoryCamisas_Piloto_PIP1.mov downloaded  (90226272 bytes, 2598.70KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:25:29 PM |
| 52 | <181>Sep 14 21:25:41 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//▮▮▮▮▮2022_PilotoCamisas_ProjectManager/20220824_▮▮_StoryCamisas_Piloto_PIP1_v2.mov downloaded  (217749344 bytes, 7163.91KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:25:41 PM |
| 53 | <181>Sep 14 21:25:47 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage/▮▮▮▮▮▮022_PilotoCamisas_ProjectManager/20220824_▮▮_StoryCamisas_▮▮▮▮_Box_SF1962.mov downloaded  (55070472 bytes, 9500.20KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:25:47 PM |
| 54 | <181>Sep 14 21:26:02 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//▮▮▮▮▮022_PilotoCamisas_ProjectManager/20220824_▮▮_StoryCamisas_Geral_PIP1_v2.mov downloaded  (217749344 bytes, 3192.68KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:26:02 PM |
| 55 | <181>Sep 14 21:26:08 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//▮▮▮▮▮2022_PilotoCamisas_ProjectManager/20220829_▮▮_StoryCamisas_Box_89a96_v3.mov downloaded  (52433288 bytes, 9115.33KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:26:08 PM |

| # | Log Entry | Action | IP | User | Timestamp |
|---|---|---|---|---|---|
| 56 | <181>Sep 14 21:26:25 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage/ ▮ /2022_PilotoCamisas_ProjectManager/20220829_ ▮ _StoryCamisas_Box_BodasDeDiamante_v4.mov downloaded (178035968 bytes, 10975.04KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:26:25 PM |
| 57 | <181>Sep 14 21:26:29 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage// ▮ /2022_PilotoCamisas_ProjectManager/20220829_ ▮ _StoryCamisas_Box_CE_17a18_v3.mov downloaded (52863944 bytes, 17927.72KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:26:29 PM |
| 58 | <181>Sep 14 21:26:33 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage// ▮ /2022_PilotoCamisas_ProjectManager/20220829_ ▮ _StoryCamisas_Box_ ▮ _v3.mov downloaded (59221144 bytes, 19601.35KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:26:33 PM |
| 59 | <181>Sep 14 21:26:35 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage// ▮ 2022_PilotoCamisas_ProjectManager/20220831_ ▮ _StoryCamisas_Box_89a96_v4.mov downloaded (52535192 bytes, 20694.28KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:26:36 PM |
| 60 | <181>Sep 14 21:28:11 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage/ ▮ /2022_PilotoCamisas_ProjectManager/20220824_ ▮ _StoryCamisas_Geral_PIP2_v2.mov downloaded (901605744 bytes, 4494.91KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:28:11 PM |
| 61 | <181>Sep 14 21:28:20 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage// ▮ il/2022_PilotoCamisas_ProjectManager/20220824_ ▮ _StoryCamisas_Piloto_PIP2_v2.mov downloaded (901605744 bytes, 5230.23KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:28:20 PM |
| 62 | <181>Sep 14 21:29:20 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage/ ▮ 2022_PilotoCamisas_ProjectManager/20220831_ ▮ _StoryCamisas_IntroGSW_v6.mov downloaded (974821424 bytes, 5805.38KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:29:20 PM |
| 63 | <181>Sep 14 21:29:28 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage// ▮ /2022_PilotoCamisas_ProjectManager/20220825_ ▮ _StoryCamisas_ ▮ _Outro_v1.mov downloaded (968639244 bytes, 4351.22KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:29:28 PM |
| 64 | <181>Sep 14 21:31:12 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage/ ▮ /2022_PilotoCamisas_ProjectManager/20220831_ ▮ Stor yCamisas_Piloto_OutroGSW_v5.mov downloaded (961578636 bytes, 5477.73KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:31:13 PM |
| 65 | <181>Sep 14 21:31:14 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage/ ▮ 2022_PilotoCamisas_ProjectManager/2022_StoryCamisa_Piloto_ ▮ prproj downloaded (1874999 bytes, 3891.13KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:31:14 PM |
| 66 | <181>Sep 14 21:31:27 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage/ ▮ 2022_PilotoCamisas_ProjectManager/QuickWhippingWhoWHOO3_10_1.aiff downloaded (310334 bytes, 1262.32KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:31:17 PM |
| 67 | <181>Sep 14 21:31:16 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage// ▮ /2022_PilotoCamisas_ProjectManager/AT176_12 Bouncin Bassed Beat.aiff downloaded (25120830 bytes, 14196.41KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:31:17 PM |
| 68 | <181>Sep 14 21:31:38 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage// ▮ 2022_PilotoCamisas_ProjectManager/Fotos/GettyImages-954328198.jpg downloaded (5450354 bytes, 8365.65KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:31:28 PM |
| 69 | <181>Sep 14 21:32:22 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage// ▮ 2022_PilotoCamisas_ProjectManager/20220901_ ▮ _StoryCamisas_IntroGSW_v7.mov downloaded (1091866752 bytes, 6141.78KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:32:22 PM |

| | | | | | |
|---|---|---|---|---|---|
| 70 | <181>Sep 14 21:35:32 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage//▮▮▮2022_PilotoCamisas_ProjectManager/wetransfer_20220825_▮▮_storycamisas_▮▮_outro_v1-mov_2022-08-25_1615.zip downloaded (2143065599 bytes, 8655.54KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:35:33 PM |
| 71 | <181>Sep 14 21:40:34 njpftpc1b pure-ftpd: ([f—ry]@47.197.207.14) [NOTICE] /data/aspera/footage/▮▮2022_PilotoCamisas_ProjectManager/▮▮▮▮▮_highlights.mxf downloaded  (4709578072 bytes, 8360.26KB/sec) | pure-ftpd: File/Folder downloaded | 47.197.207.14 | [f—ry] | Sep 14, 2022, 9:40:34 PM |