UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.  Case No. 8:24-CR-00068-KKM-TGW

TIMOTHY BURKE

_____/

**DEFENDANT'S EXHIBIT LIST FOR JUNE 27, 2024 HEARING**

☐ Government    ☐ Plaintiff(s)    ☒ Defendant(s)    ☐ Court    ☐ Other:

| Exhibit No. | Description of Exhibit |
|---|---|
| 1 | Curriculum Vitae of Timothy Burke |
| 2 | Internet Archive, WGNS Website |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

Respectfully submitted,

**MICHAEL P. MADDUX, P.A.**

*/s/ Michael P. Maddux*
Michael P. Maddux, Esquire
Florida Bar Number: 964212
2102 West Cleveland Street
Tampa, Florida 33606
Phone: (813) 253-3363
Facsimile: (813) 253-2553
Email: mmaddux@madduxattorneys.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY** certify that on this **27th day of June 2024** I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

**MICHAEL P. MADDUX, P.A.**

*/s/ Michael P. Maddux*
Michael P. Maddux, Esquire