Timothy Burke
Tampa, Florida

**Education**

Bachelor of Science in Journalism
    E.W. Scripps School of Journalism, Ohio University

**Work Experience**

News Director, NCTV5 News, Napoleon, OH
News Reporter, WNDH Radio, Napoleon, OH
News Reporter, WONW Radio, Napoleon, OH
News Reporter, WOUB Radio, Athens, OH
Video/Assignment Editor, *Sportsgrid*
Video/Assignment Editor, *Deadspin/Gawker*
Director of Video, *The Daily Beast*
Freelancer, *Creative Loafing Tampa*
Freelancer, *The Washington Post*
Contract editor, *Recount Media*
Contract editor, *Courier Newsroom*
Contract editor, *Copper Courier*
Contract editor, *Floricua*
Contract editor, *Dogwood News*
Contract editor, *The Keystone*
Contract Editor, *Up North News*
Contract Editor, *The Heartland Signal*
Contract Editor, *Cardinal & Pine*
Contract Editor, *The 'Gander*

**As Subject:**

2013, October 22. "A Life on a Loop." Sarah Lyell, *New York Times*, B11.
2013, January 18. "How a St. Pete man discovered the hoax." Greg Auman, *Tampa Bay Times*, T93.
2018, April 4. "Deadspin video illustrates Sinclair stations' messaging." David Bauder, *Associated Press*.
2013, June 21. "Goal songs and great announcers." Peter Couture, *Tampa Bay Times*, 77.
2013, April 3. "TV news anchors forced to read scripted remarks." *The Akron Beacon Journal*, A1.
2013, January 18. "Hoax story began with email tip." James B. Kelleher, *Reuters*.
2020, April 5. Backstory. *ESPN Films*.
2020, August 16. Untold: The Girlfriend Who Didn't Exist. *Netflix*.

**Selected Publications:**

2013, January 15. "Manti Te'o's Dead Girlfriend, The Most Heartbreaking And Inspirational Story Of The College Football Season, Is A Hoax." *Deadspin*.
    **Finalist**: John M. Higgins Award for Best In-Depth/Enterprise Reporting, Newhouse School at Syracuse University Mirror Awards.
2018, March 31. "How America's Largest Local TV Owner Turned Its News Anchors Into Soldiers In Trump's War On The Media." *Deadspin*.
    **Finalist**: ASME National Magazine Award.

2024, March 1. "Tampa Bay needs a robust system of public support for the arts." *Creative Loafing Tampa*.
2023, August 25. "How to watch every college football game on TV (and what it costs)." *Washington Post*.
2021, October 12. "The radio station that hosts the Tampa Bay Lightning is also home to loads of vaccine and COVID-19 falsehoods." *Creative Loafing Tampa*.
2019, April 11. "All the Times Trump Has Mentioned WikiLeaks, Which He Now Claims to 'Know Nothing About'." *The Daily Beast*.
2019, March 26. "Fox Pundits Spent Months Questioning Mueller's Trustworthiness. Now They're Taking His Word as Gospel." *The Daily Beast*.
2019, March 18. "TruNews Thinks Anti-Semitic 'Protocols of the Elders of Zion' Hoax Was 'Eerily Correct'." *The Daily Beast*.
2018, September 5. "Mr. Carlson's Electronics YouTube Makes Every Problem Seem Manageable." *The Outline*.
2018, July 5. "On The Origins, Use, And Meaning Of 'Ass In The Jackpot'." *Deadspin*.
2018, June 8. "Trump Thinking "Very Seriously" About Pardoning Muhammad Ali, Who Has No Criminal Record." *Deadspin*.
2018, June 5. "Trump Unable To Remember Words To "God Bless America" At Performance Commissioned To Prove His Patriotism." *Deadspin*.
2018, February 26. "NBC Only Aired 60% Of The Winter Games Closing Ceremony Last Night, So Here's The 40% You Missed." *Deadspin*.
2018, February 19. "Rehearsal Footage Shows Fergie Unsure About "Star-Spangled Banner" Rendition Before Disastrous Performance." *Deadspin*.
2017, January 1. "Mariah Carey Melts Down At Times Square New Year's Eve Performance." *Deadspin*.
2016, September 13. "Why Was Mitch Williams Fired From MLB Network? Why Is He Suing His Former Employer?" *Deadspin*.
2016, August 13. "This Is Why There Are So Many Ties In Swimming." *Deadspin*.
2016, August 6. "Kip Keino's Emotional Speech And Everything Else NBC Edited Out Of Its Opening Ceremony Broadcast." *Deadspin*.
2014, October 27. "World Series National Anthem Botched By That Asshole From Staind." *Deadspin*.
2013, August 12. "The Long Con: How The Manziels Conquered America." *Deadspin*.
2013, January 16. "Here's Everything The Media Screwed Up In Reporting The Story Of Manti Te'o's Fake Dead Girlfriend." *Deadspin*.
2012, November 21. "Mitch Albom Was 'Phony Sweet' And Other Highlights Of PTI's Accidentally Released Behind-The-Scenes Audio." *Deadspin*.
2012, August 13. "NBC Cut Nearly An Hour From Its Closing Ceremony Telecast. Here's Everything They Didn't Show You (Including The Kinks' Ray Davies)." *Deadspin*.
2012, July 28. "Here's The Opening Ceremony Tribute To Terrorism Victims NBC Doesn't Want You To See." *Deadspin*.
2012, February 20. "Here's the Canadiens' Gary Carter Tribute That Didn't Air In The United States." *Deadspin*.
2011, August 18. "VIDEO: Georgetown Basketball Team Brawls In China." *SportsGrid*.