

 

**NEWS**   **SPORTS**   **EVENTS**   **SECTIONS**   **ON-AIR**   **PHOTOS**   **ABOUT**   **PODCASTS**   **SUBMIT**

## SNOW PATROL CLOSINGS, NOTIFICATIONS FOR SUNDAY AND MONDAY

### Links

JUN 28, 2011 AT 11:27 AM BY **BRYAN**

**WGNS News App**
https://jotacms.com/userlogin/
**W**GNS Wgns1450

https://myjotacms.com
bryan@wgnsradio.com Wxxx1xx0!

**CBS Radio Newsfeed**
http://www.cbsnewsfeed.com
WGNSRadio wgns1450

CBS Live Matrix
https://matrix.liveu.tv
l: cbs-matrix-demo p: CBSnews!! [case sensitive]

**ZipWhip**
https://zipwhip.com/login
615-893-1450 motorcity771

**Ad Impact Commercial Production Music Librar**y
http://adimpactradio.com
news@wgnsradio.com wgns1450 wgnsfm wgnsfm

**SecureNet Systems Streaming**
https://secure.securenetsystems.net/myaccount/
wgns.fm@gmail.com ? ?wetv11

Sage EAS
http://192.168.1.67
admin admin

**Learfield Cloud**

Barix Exstreamer
http://192.168.1.253
admin wgns1450

**Amazon S3 Bucket**
https://console.aws.amazon.com/s3/home?region=us-west-2#

**Tn Farm & Home Radio (download in emergency - We get daily email) CA 2001**
http://www.tnfarmbureau.org/index.asp?view=Radio

**Download Weather Forecasts**
ftp://ftp-audio.weatherology.com/
murfreesboro ? G2k1AaCG

#### [Weatherology](...)
http://affiliate.weatherology.com
WGNS Le9%M8#r

#### [Clark Howard Minute](...)
http://programming.dial-global.com/index.php?option=com_wrapper&view=wrapper&serviceid=69&preset=clarkhowardminutes&Itemid=59
WGNS-AM ? 37130

#### [MTSU Police Reports](...)
[http://police.mtsu.edu](http://police.mtsu.edu)

#### [Comcast Business](...)
[https://business.comcast.com/](https://business.comcast.com/)
bryan@wgnsradio.comcastbiz.net wgns1450

**CBS / Braves Network XDS (Skyview)**

192.168.1.11
tech wgns1450

http://myxdsreceiver.com
0470416 wgns1450

#### [XDS Premiere](...)
http://myxdsreceiver.premiereradio.com
0300059 ? ?titanium

#### [Atlanta Braves Baseball (audio, schedule, etc)](...)
[http://www.680thefan.com/brn/](http://www.680thefan.com/brn/)
brn680

#### [DG FastChannel](...)
https://dgonline.dgfastchannel.com/dgonline/logon.jsp
WGNS-AM wgns1450

#### [Premiere Commercial Downloads](...)
http://premiereaffidavits.com/scripts/cgiip.exe/WService=webprime/login.html?rowid=0×0d1bd606
5431 ? 5431

#### [Ad Impact Commercial Downloads](...)
WGNSFM WGNSFM (case sensative)

[SS32 Manual](...)
[SS32 Manual](...)

Sections:   [WGNS INTERNAL PAGES (password protected)](...)