UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                CASE NO. 8:24-cr-68-KKM-TGW

TIMOTHY BURKE

**UNITED STATES' *UNOPPOSED* MOTION FOR AN
ADDITIONAL EIGHT PAGES IN RESPONDING
TO DEFENDANT'S MOTION TO SUPPRESS**

The United States of America respectfully requests permission, pursuant to Middle District of Florida Local Rule 3.01(b), to file a response of more than twenty pages to defendant Timothy Burke's *Motion to Suppress Evidence and Request for Franks Hearing* ("Motion to Suppress"). Doc. 65. In support of this motion, the United States submits:

1. On July 12, 2024, Burke filed his Motion to Suppress. Doc. 65.

2. That Motion to Suppress challenges the affidavit filed in support of the pertinent warrant, raising multiple allegations of material misrepresentations and claimed omissions. The motion also argues that the search was an unreasonable intrusion in the protected activities of a "journalist" engaged in gathering and disseminating newsworthy information, was overbroad and based upon a general warrant, and was not executed reasonably under the circumstances presented. Finally, the motion includes references to the Department of Justice's News Media policy and its policy requiring authorization for search warrants that may implicate the Privacy Protection Act.

3. To fully address the issues raised by Burke in his Motion to Suppress, the United States, in good faith, believes that it will be necessary to utilize 28 pages, or eight pages more than permitted under Local Rule 3.01(b), absent securing court permission.

4. Upon inquiry, Mark Rasch, counsel for Timothy Burke, has expressed that there is no objection to the United States' request for the additional eight pages.

## INCORPORATED MEMORANDUM OF LAW

Pursuant to Local Rule 3.01(b), any party opposing a motion must file a memorandum of legal authorities which may not exceed 20 pages in length. If the need arises, however, a party may request leave of Court to file a motion exceeding that page limit. *See* M.D. Fla. L. R. 3.01(b).

Burke raises multiple, layered challenges in his Motion to Suppress. Doc. 65. The United States is diligently working to provide this Court with a concise and complete response addressing all of Burke's many claims, which the United States anticipates will require approximately 28 pages.

Accordingly, pursuant to Local Rule 3.01(b), the United States respectfully seeks permission from this Court to file a response and incorporated memorandum of law of no more than 28 pages to Burke's Motion to Suppress. This motion is unopposed.

                        Respectfully submitted,

                        ROGER B. HANDBERG
                        United States Attorney

By:   */s/Jay G. Trezevant*
       Jay G. Trezevant
       Assistant United States Attorney
       Florida Bar No. 0802093
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:  (813) 274-6000
       Facsimile:   (813) 274-6358
       E-mail: jay.trezevant@usdoj.gov

U.S. v. Timothy Burke                                   Case No. 8:24-cr-68-KKM-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Michael Maddux, Esq.
    Mark Rasch, Esq.

                            */s/ Jay G. Trezevant*
                            Jay G. Trezevant
                            Assistant United States Attorney