UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:24-cr-00068-KKM-TGW

TIMOTHY BURKE

## PROTECTIVE ORDER

Upon consideration of the *United States' Motion for Entry of Protective Order and Incorporated Memorandum in Support*, this Court, being advised as to the nature of this case and considering the motion on its merits, finds good cause under Rule 16(d)(1) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3771 to grant the relief requested, and therefore it is hereby—

1. ORDERED that the discovery materials provided by the United States in this case to the defense team that have been delineated by the United States as Covered Materials not be reproduced or disseminated to persons not a party to, or involved in, this case, and that defense counsel is prohibited from allowing defendant unsupervised access to the Covered Materials, except as provided below.

2. IT IS FURTHER ORDERED that copies of said Covered Materials only be provided to those persons employed or retained by the defense team who are necessary to assist counsel in preparation for trial, and to such persons as the defense deems necessary to further legitimate investigation and preparation of this case.

3.     IT IS FURTHER ORDERED that counsel for the defendant, in storing and maintaining a copy of the Covered Materials, prohibit the materials from being generally accessible on the Internet. Any storage methodology which relies upon "cloud"[21] or distributed computing and storage technologies must ensure that access to Covered Materials stored within such an environment are not accessible to the defendant or third parties in such a manner as to allow unsupervised access or review in violation of this order.

4.     IT IS FURTHER ORDERED that any person who receives a copy of any document or item subject to this protective order from defense counsel is prohibited from using such material in any way except as necessary to assist counsel for the defendant in the investigation or preparation of this case, and from reproducing or disseminating any such document in any way to any other person or entity except as provided for in this order.

5.     IT IS FURTHER ORDERED that if any party believes an exception should be made to this protective order, the parties will confer and then seek guidance from this Court as necessary. The parties will advise the Court by letter or notice of any agreed-upon exceptions made to the terms of this protective order.

6.     IT IS FURTHER ORDERED that this protective order does not in any manner limit the right of counsel for the defendant to reproduce or disseminate any

---

[21] *E.g.* Amazon AWS, Microsoft Azure, Google Drive, or other commercial "infrastructure as a service" providers. If utilizing such a cloud platform, access to materials should be limited by technological means to only those users and locations that permit supervision of access to the materials by counsel for the defendant.

2

information or document obtained from sources other than the United States, even if the same information is within the Covered Materials provided to the defense by the United States during discovery in this case.

7. IT IS FURTHER ORDERED that the terms of this protective order shall remain in place, pending further order of this Court.

Dated this 24th day of July, 2024.

_____
THOMAS G. WILSON
United States Magistrate Judge

3