UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:24-cr-00068-KKM-TGW

TIMOTHY BURKE

**UNITED STATES' RESPONSE AND NOTICE OF
NO OBJECTION TO DEFENDANT'S MOTION FOR
<u>NOTICE PURSAUNT TO FED. R. EVID. 404(b)</u>**

The United States hereby files this response to *Defendant's Motion for Pretrial Notice Pursuant to Federal Rule of Evidence 404(b)* ("Motion for Rule 404(b) Notice"). Doc. 66. The United States has no objection to providing the defense with notice of the general nature of any known evidence the United States intends to introduce at trial pursuant to Fed. R. Evid. 404(b), including any extrinsic act evidence which may be used during its case-in-chief, for impeachment, or for possible rebuttal purposes, in accordance with the Federal Rules of Evidence and Eleventh Circuit law. To the extent it is amenable to this Court, the United States will provide that information to the defense within 14 days of this filing, or on or before August 12, 2024.

In filing this response and notice of no objection, the United States is not agreeing with or subscribing to the defense's articulation in its Motion for 404(b) Notice of the charges contained within the 14-count indictment, returned against

Burke on February 15, 2024. Doc. 1. That indictment, in pertinent part, charges Burke with engaging in a conspiracy with Marco Gaudino from in or around February 2022, and continuing into May 2023, in violation of 18 U.S.C. § 371, to commit certain offenses against the United States, namely, to violate 18 U.S.C. §§ 1030(a)(2)(C), 2511(1)(a), and 2511(1)(c). To the extent the Motion for Rule 404(b) Notice describes the conduct charged by the conspiracy as limited to only the specific acts contained within the Overt Act section of Count One, that description is inconsistent with Fed. R. Crim. P. 7, 18 U.S.C. § 371 (requiring one overt act), and controlling Eleventh Circuit law.

## **CONCLUSION**

Wherefore, to the extent it is amenable to this Court, the United States will, on or before August 12, 2024, provide the defense with notice of the general nature of any known evidence the United States intends to introduce at trial pursuant to Fed. R. Evid. 404(b), including any extrinsic act evidence which may be used during

its case-in-chief, for impeachment, or for possible rebuttal purposes, in accordance with the Federal Rules of Evidence and Eleventh Circuit law.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ Jay G. Trezevant
Jay G. Trezevant
Assistant United States Attorney
Florida Bar No. 0802093
400 N. Tampa St., Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Email: jay.trezevant@usdoj.gov


/s/ Adam J. Duso
Adam J. Duso
Assistant United States Attorney
Florida Bar No. 1026003
400 N. Tampa St., Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000 Email: adam.duso@usdoj.gov

U.S. v. TIMOTHY BURKE                    CASE NO. 8:24-cr-00068-KKM-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel for the Defendant.

*/s/Jay G. Trezevant*
Jay G. Trezevant
Assistant United States Attorney
