UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY BURKE | Case No. 8:24-cr-68-KKM-TGU |

### DEFENDANT TIMOTHY BURKE'S MOTION FOR LEAVE TO REPLY TO GOVERNMENT'S RESPONSES TO MOTIONS TO SUPPRESS AND DISMISS

Comes Now, Defendant TIMOTHY BURKE, by and through the undersigned counsel pursuant to Local Rule 3.01 (d) requests leave of the Court to file individual replies to the Government's Response to both the Motion to Suppress (Doc. 72) and the Motion to Dismiss (Doc. 71).

The government's response raises factual and legal issues which Defendant believes should be responded to for the benefit of the factfinder. In particular, the response raises issues related to the existence of a "taint team" and its instructions, the elements of the offenses for which the warrant was issued, and the manner in which the warrant was drafted and executed.

The response to the motion to dismiss raises questions about whether "expectation of privacy" is an element of the offense of "interception" or is an

affirmative defense, and the application of Supreme Court precedent in *VanBuren* and *Bartniki* to the charges.

The government has confirmed that it does not object to a requested eight-page reply to the United States' response in opposition to the motion to suppress, and that it does not object to a requested seven-page reply to the United States' response in opposition to the motion to dismiss, provided that each reply only addresses new issues raised in the respective United States' response. The defense would write its replies accordingly if relief is granted.

Respectfully Submitted,

*/Michael P. Maddux*
Michael P. Maddux, Esquire
Florida Bar No.: 0964212
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 33606
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail: mmaddux@madduxattorneys.com

Mark D. Rasch
Law Office of Mark Rasch
Member, MD, MA, NY Bar
MDRasch@gmail.com
(301) 547-6925
Admitted *Pro hac vice*

COUNSEL FOR
TIMOTHY BURKE

## CERTIFICATE OF SERVICE

I hereby certify that on **August 2, 2024**, a true and correct copy of the foregoing document is being electronically filed and will be furnished via CM/ECF to: Jay Trezevant, Esquire, U.S. Attorney's Office, Middle District of Florida, Tampa Division, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602 at jay.trezevant@usdoj.gov.

<i>s/Michael P. Maddux</i><br>
Michael P. Maddux, Esquire