UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:24-cr-68-KKM-TGW

TIMOTHY BURKE

## ORDER

Timothy Burke and the United States move (Doc. 78) to continue the trial from a date certain of October 21, 2024, to the January 2025 or February 2025 trial calendar. Because counsel requires additional time to review voluminous discovery, the ends of justice outweigh the interests of the defendant and of the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The joint motion to continue is **GRANTED**, and the trial is continued to the **January 2025** trial calendar. The status conference is scheduled for November 12, 2024, at 9:00 a.m. in Tampa Courtroom 13B before Judge Kathryn Kimball Mizelle. The time from today through February 2, 2025, is "excludable time."

**ORDERED** in Tampa, Florida, on August 23, 2024.

Kathryn Kimball Mizelle
United States District Judge