UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 8:24-cr-00068-KKM-TGW

TIMOTHY BURKE

### *UNOPPOSED* UNITED STATES' MOTION FOR PERMISSION TO FILE A TWO-PAGE SUR-REPLY TO DEFENDANT'S REPLY TO RESPONSE TO MOTION TO SUPPRESS (DOC. 77)

The United States of America respectfully requests permission, pursuant to Middle District of Florida Local Rule 3.01(d), to file a sur-reply, not greater than two pages in length, to defendant Timothy Burke's *Reply Brief in Support of Defendant's Motion to Suppress* (the "Reply") (Doc. 77). In support of this motion, the United States submits:

1. On August 16, 2024, Burke filed his Reply. Doc. 77.

2. The Reply contains on page six what is represented to be quoted language from the United States' *Opposition to Burke's Motion to Suppress* (Doc. 72).

3. That represented quotation, however, is inaccurate and could potentially result in unnecessary confusion, as the misquote involves a term of legal significance to the defendant's immediately surrounding argument.

4. The United States therefore requests permission to file a brief, two-page sur-reply to address and clarify the issue.

5.    The United States has queried counsel for Burke who does not oppose this motion.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:    */s/Jay G. Trezevant*
        Jay G. Trezevant
        Assistant United States Attorney
        Florida Bar No. 0802093
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:   (813) 274-6000
        Facsimile:     (813) 274-6358
        E-mail: jay.trezevant@usdoj.gov

        */s/Adam J. Duso*
        Adam J. Duso
        Assistant United States Attorney
        Florida Bar No. 1026003
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:   (813) 274-6000
        Facsimile:     (813) 274-6358
        E-mail: adam.duso@usdoj.gov

U.S. v. Timothy Burke                                          Case No. 8:24-cr-68-KKM-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Michael Maddux, Esq.
    Mark Rasch, Esq.

                                              */s/ Jay G. Trezevant*
                                              Jay G. Trezevant
                                              Assistant United States Attorney