UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               Case No.: 8:24-cr-68-KKM-TGW

TIMOTHY BURKE

_____

## ORDER

Timothy Burke's Jury Trial is scheduled to commence on **June 9, 2025, at 9:00 a.m.** in Courtroom 13B of the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800. A status conference is scheduled for **April 7, 2025, at 10:00 a.m.** and the final Pretrial Conference is scheduled for **May 20, 2025, at 1:30 p.m.**, both in Courtroom 13B.

The following trial-related deadlines apply:

- The parties must provide expert disclosures in compliance with Rule 16(a)(1)(G) and 16(b)(1)(C).
  - The United States must provide its disclosures by **March 18, 2025**.
  - The defendant must provide his disclosures by **April 1, 2025**.
  - Rebuttal disclosures are due no later than **April 8, 2025**.
- Parties must file all motions in limine, including any *Daubert* motions, no later than **April 22, 2025**, and any responses no later than **May 6, 2025**.
- Parties must file all of the following documents and email a Word version of them to the chambers inbox no later than **May 6, 2025**:

- o Jointly proposed jury instructions and a verdict form.
- o Jointly proposed statement of the nature of the charges for the purpose of reading to the jury venire or a stipulation to the Court reading the indictment to the jury venire.
- o Proposed questions for voir dire.
- Parties must file exhibit and witness lists no later than **May 13, 2025**.
- If the Parties desire to use demonstrative exhibits during trial (including photos, diagrams, or timelines and the like), each item must be disclosed to the opposing party not later than **May 13, 2025**. In the event a party objects to the use of a particular demonstrative aid, then the party must raise that issue with the Court at the final Pretrial Conference. No demonstrative exhibit may be displayed to the jury absent prior written agreement between the parties or, absent such agreement, prior approval by the Court.
- A variety of audio-visual equipment is available for use by counsel during trial. Counsel is advised to contact the courtroom deputy at 813-301-6156 **at least one week prior to trial** to arrange a time to become familiar with the availability, operation, and compatibility of the courtroom technology systems, should they wish to utilize it. Failure to do so may result in the equipment not being available for use.

**ORDERED** in Tampa, Florida, on November 13, 2024.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge