UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:24-cr-68-KKM-TGW

TIMOTHY BURKE

### UNITED STATES' RESPONSE TO BURKE'S
### MOTION TO FILE MOTION TO DISMISS OUT OF TIME

The United States opposes Burke's *Motion to File Motion to Dismiss Out of Time* ("Motion to File Out of Time"). Doc. 92. The United States submits:

1.      On February 15, 2024, a federal grand jury sitting in the Middle District of Florida returned an indictment, charging Burke with conspiracy and related substantive violations of the Computer Fraud and Abuse Act (18 U.S.C. § 1030(a)(2)(C)) and the Wiretap Act (18 U.S.C. § 2511(1)(a) and (1)(c)). Doc. 1. Pertinent to Burke's Motion to File Out of Time, the substantive violations of the Wiretap Act are properly alleged in the conjunctive in Counts Eight through Fourteen. The indictment has not been superseded.

2.      On July 2, 2024, this Court entered an Endorsed Order granting an unopposed second defense request to extend time to file pretrial motions in this case until July 15, 2024. Docs. 60 and 61.

3.      Thereafter, on July 13, 2024, Burke filed a motion to dismiss the indictment, Doc. 64, to which the United States filed a response in opposition on July 26, 2024. Doc. 71.

4.      The United States and the defense have worked diligently and collegially in good faith throughout this case. To that end, both parties have agreed (or not objected) to the opposing party filing various motions to extend time and/or page limits when appropriate. The United States intends to continue working with the defense in that spirit.

5.      Notwithstanding, the instant Motion to File Out of Time requests permission from this Court to file a motion to dismiss Counts Eight through Fourteen more than five months after the Court's prescribed deadline of July 15, 2024, and does not appear to offer any explanation or information necessary to meet the requirements for extending the filing period under Fed. R. Crim. P. 45(b) or Middle District of Florida Local Rule 3.08(a).

WHEREFORE, this Court should deny Burke's Motion to File Out of

Time.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:    */s/ Jay G. Trezevant*
Jay G. Trezevant
Assistant United States Attorney
Florida Bar No. 0802093
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: jay.trezevant@usdoj.gov

*/s/ Adam J. Duso*
Adam J. Duso
Assistant United States Attorney
Florida Bar No. 1026003
400 N. Tampa St., Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Email: adam.duso@usdoj.gov

3

**U.S. v. Timothy Burke**                    **Case No. 8:24-cr-68-KKM-TGW**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 17, 2025, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Michael Maddux, Esq.

Mark Rasch, Esq.

<u>*/s/ Jay G. Trezevant*</u>
Jay G. Trezevant
Assistant United States Attorney