# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                    CASE NO.: 8:24-cr-00068-KKM-TGW

**TIMOTHY BURKE**

_____/

## MOTION TO APPEAR VIA TELEPHONE

**COMES NOW**, Michael P. Maddux, Local Counsel for the Defendant, **TIMOTHY BURKE**, and hereby files this Motion for Co-Counsel, Mark D. Rasch, Esquire, to Appear via Telephone at the May 6, 2025, Hearing on Defendant's Motion for Reconsideration set at 11:00 a.m., and in support thereof states as follows:

1. Co-Counsel for the Defendant, Mark D. Rasch, Esquire, lives and works in the State of Maryland.

2. The undersigned will appear in-person for the Motion Hearing.

3. Assistant United States Attorney, Jay Trezevant, does not object to this Motion.

**WHEREFORE**, the undersigned counsel respectfully requests this Court permit Co-Counsel, Mark D. Rasch, Esquire, to appear via telephone at the May 6,

2025, Motion for Reconsideration Hearing set at 11:00 a.m.

/s/ *Michael P. Maddux*
Michael P. Maddux, P.A.
Florida Bar No.: 964212
2102 West Cleveland Street
Attorney for Defendant
Tampa, Florida 33606
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail: mmaddux@madduxattorneys.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th **day of April, 2025**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

s/*Michael P. Maddux*
Michael P. Maddux, Esquire