UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CASE NO. 8:24-cr-68-KKM-TGW | DATE: May 6, 2025 |
| HONORABLE KATHRYN K. MIZELLE | Courtroom 13B |
| **UNITED STATES OF AMERICA**  vs.  **TIMOTHY BURKE** | Jay Trezevant, AUSA  Adam Duso, AUSA   Michael Maddux, retained  Mark Rasch, retained |
| COURT REPORTER: Bill Jones | DEPUTY CLERK: Gretchen O'Brien |
| INTERPRETER: n/a | PROBATION: n/a |
| TIME: 11:00 a.m.–11:57 p.m. | TOTAL: 57 minutes |

**PROCEEDINGS:** Hearing on Defendant's Motion for Reconsideration (Doc. 113)

Court in session.

All parties are present in the courtroom and identified for the record.

Defense's argument

United States' response

The defendant's motion for reconsideration (Doc. 113) is DENIED.

The defendant is directed to file a new motion to dismiss no later than May 13, 2025. The United States' response is due no later than May 27, 2025.

Court adjourned