UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO.: 8:24-cr-00068-KKM-TGW

TIMOTHY BURKE
_____/

## MOTION TO ALLOW GENERAL PUBLIC TO APPEAR VIA ZOOM AT THE STATUS CONFERENCE

**COMES NOW**, Michael P. Maddux, Local Counsel for the Defendant, **TIMOTHY BURKE**, and hereby files this Motion to Allow General Public to Appear Via Zoom at the Zoom Status Conference scheduled for May 15, 2025, at 3:00pm (Doc 120) and in support thereof states as follows:

1. A Zoom Status Conference in the above-captioned matter is currently scheduled for May 15, 2025, at 3:00 pm. (Doc 120)

2. Defendant respectfully requests that the Court allow members of the general public, including advocates, and other interested parties, to attend the hearing via Zoom if the Court so permits.

3. The general public will not be speaking; they will simply be observing the proceedings.

4. Assistant United States Attorney, Jay Trezevant, does not object to this

Motion.

## **MEMORANDUM OF LAW**

Pursuant to the First Amendment right of public access to judicial proceedings, there is a strong presumption in favor of openness in court proceedings, especially in matters of significant public interest. *Richmond Newspapers, Inc. v. Virginia*, 448 U.S. 555 (1980) The presence of members of the public will promote transparency and confidence in the judicial process and does not pose any disruption or prejudice to the orderly conduct of the hearing. *United States v. Valenti*, 987 F.2d 708 (11th Cir. 1993)

**WHEREFORE**, Defendant respectfully requests that this Court enter an order permitting members of the general public to attend the hearing scheduled for May 15, 2025 at 3:00 pm via the Zoom link which could be published on Pacer for the hearing.

/s/ *Michael P. Maddux*
Michael P. Maddux, P.A.
Florida Bar No.: 964212
2102 West Cleveland Street
Attorney for Defendant
Tampa, Florida 33606
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail: mmaddux@madduxattorneys.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th **day of May, 2025**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

                                            s/*Michael P. Maddux*
                                            Michael P. Maddux, Esquire