UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No.: 8:24-cr-00068-KKM-TGW

TIMOTHY BURKE,

    Defendant.

_____

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

> *Amicus curiae* the Electronic Privacy Information Center states that it has no parent corporation and that no publicly held corporation owns its stock.

2.) the name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

> *Amicus curiae* the Electronic Privacy Information Center states that it has no parent corporation and that no publicly held corporation owns its stock.

3.)   the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    Not Applicable.

4.)   the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

    Not Applicable.

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

June 26, 2025

_____
[Certificate of Service]                    /s/   *Alan Butler*

    Alan Butler
    *Counsel of Record*
    Electronic Privacy Information Center (EPIC)
    1519 New Hampshire Ave NW, Washington, D.C., 20036
    (202) 483–1140
    butler@epic.org