# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                          CASE NO.: 8:24-cr-00068-KKM-TGW

**TIMOTHY BURKE**

_____/

## DEFENDANT TIMOTHY BURKE'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE TO MOTION TO DISMISS

COMES NOW, Defendant Burke, by and through the undersigned counsel and pursuant to Federal Rule of Criminal Procedure 45(b)(1)(A), moves this Honorable Court to enter an Order extending the time in which the Defense may file the Reply to Response to Motion to Dismiss until July 18, 2025, and as support states as follows:

1. On May 19, 2025, Defendant filed a Replacement Motion to Dismiss. (Doc 125)

2. On June 23, 2025, the Government filed the Response in Opposition. (Doc 138)

3. On July 10, 2025, the Court granted Defendant's Motion for Leave to file a Reply, no later than July 17, 2025. (Doc 157)

4.  The extension is requested to provide a reply that provides a clear delineation of the issues.

## Memorandum of Law

If a party moves before the original filing deadline, the Court may for good cause extend the deadline. FED. R. CRIM. P. 45(b)(1)(A).

WHEREFORE, Defendant respectfully requests an additional day, until July 18, 2025 to file the Reply.

## LOCAL RULE 3.01 CERTIFICATION

In accordance with Middle District Local Rule 3.01(g), the undersigned certifies that a conferral was not made due to the late filing of this Motion.

Respectfully submitted,

*s/Michael P. Maddux*
Michael P. Maddux, Esquire
Florida Bar # 964212
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 32606
Phone: (813) 253-3363
Fax: (813) 253-2553
Email: mmaddux@madduxattorneys.com
       ctonski@madduxattorneys.com

*s/Mark D. Rasch*
Mark D. Rasch
Law Office of Mark Rasch
Member, MD, MA, NY Bar
MDRasch@gmail.com
(301) 547-6925
Admitted *Pro hac vice*


COUNSEL FOR TIMOTHY BURKE

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this 17th day of July 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

                                              s*/Michael P. Maddux*
                                              Michael P. Maddux, Esquire