UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                          8:24-cr-68-KKM-TGW

TIMOTHY BURKE

## ORDER

THIS CAUSE came on for consideration upon Defendant Timothy Burke's Motion for Rule 17(c) Subpoenas to Compel Early Production of Documents (Doc. 164). Burke identifies a factual and legal basis for issuing each subpoena that satisfies the requirements of United States v. Nixon, 418 U.S. 683, 699-700 (1974). The Government does not dispute the defendant's contentions (see id., p. 14).

It is, therefore, upon consideration,

ORDERED:

That Defendant Timothy Burke's Motion for Rule 17(c) Subpoenas to Compel Early Production of Documents (Doc. 164) is **GRANTED to the extent** that the Clerk is ordered to issue the subpoenas after counsel adds the date and time of production to each subpoena, which

may be dated 21 days after the anticipated dates of service of each subpoena.

DONE and ORDERED at Tampa, Florida, this 4th day of August, 2025.

*[signature: Thomas G. Wilson]*

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

2