UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:24-cr-68-KKM-TGW

TIMOTHY BURKE

### UNITED STATES' TIME-SENSITIVE MOTION FOR RECONSIDERATION OF COURT'S ORDER CONCERNING RULE 17(c) SUBPOENAS

The United States, pursuant to Local Rule 3.01(b) and (c), hereby files this motion for reconsideration of this Court's order granting *Defendant Timothy Burke's Motion for Rule 17(c) Subpoenas to Compel Early Production of Documents* ("Motion for Subpoenas"). Docs. 164 and 165. As explained below, the United States ***does intend to file a response in opposition*** to material aspects of that motion within the 14-day window allowed under Local Rule 3.01(c). In support of this motion, the United States submits:

1. This Court's Order granting Burke's Motion for Subpoenas is effective at issuance, in that it directs the clerk to issue the pertinent subpoenas once Burke's counsel "adds the date and time of production to each subpoena." Thus, this motion is being filed with a time-sensitive designation, pursuant to Local Rule 3.01(e), to preserve the United States' ability to properly respond to the defense motion.

2. On July 30, 2025, Burke filed his Motion for Subpoenas. Doc. 164. In that motion, the defense explained that the United States did not object to the submission of the motion based upon the information provided by the defense to the United States, to the extent certain other requirements were met, namely that Burke demonstrated that the materials sought were (1) evidentiary and relevant, and (2) not otherwise procurable in advance of trial. Doc. 164 at 14.

3. Burke's Motion for Subpoenas, however, seeks permission to issue subpoenas to third-party witnesses that compel the production of information and material that substantially exceeds what had been represented to the United States and that facially seek materials that are irrelevant, privileged, and potentially procurable through other means.[1]

4. Moreover, the Motion for Subpoenas does not contain any meaningful explanation about how or why the materials sought are relevant nor does it address the issue of admissibility. Instead, the Motion for Subpoenas merely represents *ipse dixit* that the requirements of relevancy and admissibility have been met in conclusory fashion with no supporting explanation.

5. Pursuant to the Local Rules of the Middle District of Florida, the United States may respond to Burke's Motion for Subpoenas "within 14 days

---

[1] In filing this motion, the United States is not alleging any ill will or bad purpose by defense counsel. Rather, said events may be a matter of miscommunication between the parties.

after service of the motion" via "a legal memorandum no longer than 20 pages." Local Rule 3.01(b) and (c).

6. The United States therefore requests that it be permitted to file a complete response to Burke's Motion for Subpoenas on or before Wednesday, August 13, 2025, or within 14 days of service of the Motion for Subpoenas. In the meantime, the United States further requests that this Court's Order granting Burke's Motion for Subpoenas be held in abeyance for reconsideration.

7. The United States has conferred with counsel for Burke who opposes this motion.

                                  Respectfully submitted,

                                  GREGORY W. KEHOE
                                  Acting United States Attorney

By:  */s/Jay G. Trezevant*
       Jay G. Trezevant
       Assistant United States Attorney
       Florida Bar No. 0802093
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:  (813) 274-6000
       Facsimile:   (813) 274-6358
       E-mail: jay.trezevant@usdoj.gov

       */s/ Adam J. Duso*
       Adam J. Duso
       Assistant United States Attorney
       Florida Bar No. 1026003
       400 N. Tampa St., Suite 3200
       Tampa, Florida 33602-4798
       Telephone: (813) 274-6000
       Email: adam.duso@usdoj.gov

U.S. v. Timothy Burke                                          Case No. 8:24-cr-68-KKM-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Michael Maddux, Esq.

    Mark Rasch, Esq.

*/s/ Jay G. Trezevant*
Jay G. Trezevant
Assistant United States Attorney