**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

v.                                                                          CASE NO. 8:24-cr-68-KKM-TGW

TIMOTHY BURKE

**ORDER ON MOTION AND SCHEDULING HEARING**

THIS CAUSE came on to be heard upon the United States' Time Sensitive Motion for Reconsideration of the Court's Order Concerning Rule 17(c) Subpoenas (Doc. 166). Based on this motion, the Order granting the Motion for Rule 17(c) Subpoenas to Compel Early Production of Documents (Doc. 165) will be vacated.

The Government has up to, and including, August 13, 2025, to file its response. The court will then have oral argument on the motion, as stated below.

It is, upon consideration,

ORDERED:

That the United States' Time Sensitive Motion for Reconsideration of the Court's Order Concerning Rule 17(c) Subpoenas

(Doc. 166) is **GRANTED**. The Clerk is **ORDERED** to vacate the Order granting the Motion to Compel (Doc. 165) and reinstate on the docket the Motion for Rule 17(c) Subpoenas to Compel Early Production of Documents

IT IS FURTHER ORDERED:

That an **in-person hearing** on the Motion for Rule 17(c) Subpoenas to Compel Early Production of Documents (Doc. 164) is **SCHEDULED** for **September 2, 2025**, at **2:30 p.m.**, in Courtroom 12A, United States Courthouse, 801 North Florida Avenue, Tampa, Florida. The hearing will be electronically recorded.

It is expected that the memoranda will contain all the information the parties wish to present at the hearing. Thus, the parties should not expect the court to consider information not reflected in the memoranda. In all events, any submission must be made by 4:00 p.m. on the day before the hearing. Any other belated submission will be disregarded.

DONE and ORDERED at Tampa, Florida, this 5th day of August, 2025.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE