# Exhibit 1



2102 W. Cleveland St. • Tampa, Florida 33606
Phone: (813) 253-3363 • Fax: (813) 253-2553
madduxattorneys.com

* Board Certified by the Florida Bar in Criminal Trial Practice Since 1999.

MICHAEL P. MADDUX,* P.A.
ATTORNEYS AT LAW

April 4, 2025

**Via Email and U.S. Mail**
Mr. Jay Trezevant
Assistant United States Attorney
United States Attorney's Office, Middle District of Florida
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602

Re: **United States v. Timothy Burke**, Case No. 8:24-cr-68-KKM-TGW (M.D. Fla.)
Disclosure of Expert Testimony of Adam D. Sharp Pursuant to Fed. R. Crim. P. 16(a)(1)(G)

Dear Mr. Trezevant:

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, and in accordance with the requirements set forth in *United States v. Willner*, 795 F.3d 1297 (11th Cir. 2015), I am writing to provide the Government with formal notice of the anticipated expert testimony of Mr. **Adam D. Sharp**, who we expect to call as an expert witness on behalf of the defense in the above-captioned matter. This disclosure also aligns with the framework established in *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, regarding the admissibility of expert testimony under Federal Rule of Evidence 702.

**I. Expert Identification and Qualifications**

Mr. Sharp is the President and CEO of both Data Recovery Labs, Inc. (est. 1993) and E-Hounds, Inc. (est. 1999). He has over three decades of experience in data recovery, forensic analysis, e-discovery, and cybersecurity, and has been formally qualified as an expert in both state and federal courts in nearly 175 cases, including complex criminal and civil matters. His full curriculum vitae is enclosed with this letter for your reference.

Among his qualifications, Mr. Sharp is a member of the American Association for the Advancement of Science (AAAS), the Association of Certified E-Discovery Specialists (ACDES), the IEEE, and the American College of Forensic Examiners Institute (ACFEI). He has conducted extensive training, including courses at the Department of Defense Cybercrime Conference, and has presented at numerous CLE seminars for the American Judges Association, American Bar Association, and Florida Bar Association, covering topics such as cybersecurity, electronic evidence, and the application of artificial intelligence in legal practice.

## II. Summary of Expected Testimony

Mr. Sharp's testimony will center on the following subject areas, all of which are within his area of professional expertise and based on his review of discovery materials, industry standards, and his professional experience:

1. **Internet Protocols and Communications**

Mr. Sharp will testify to the structure and operation of Internet protocols, including TCP/IP, HTTP and HTTPS, RTMP and RTMPS, FTP and FTPS. He will explain data transmission methods over these protocols, the role of encryption (e.g., TLS), and how secure communications are maintained or compromised.

He will also address live streaming technologies, including Flash Video protocols, the operation of streaming servers, and how IP addresses are assigned, configured, and utilized to route Internet traffic.

2. **User Credentials and Demonstration Accounts**

Mr. Sharp will testify about the creation and use of user credentials — usernames, passwords, and access devices — with particular emphasis on "demo" or "demonstration" credentials. He will explain how these are typically issued, managed, and shared in industry practice, and how demo accounts often lack unique identifiers and are intended for multiple users across varying environments.

He will further address industry practices of password sharing, including the operational realities and limits of restricting shared credential use.

### 3. Internet Archive and Web Scraping Technologies

Mr. Sharp will testify about the Internet Archive and the Wayback Machine, detailing how web content is archived, retrieved, and accessed publicly. He will explain anti-scraping mechanisms such as the *robots.txt* protocol and their effectiveness (or lack thereof) in preventing web scraping.

He will also testify that the Wayback Machine does not typically require user authentication to access publicly archived materials, and how automated crawlers index and store Internet data.

### 4. Password Sharing Practices and Limitations

Mr. Sharp will further elaborate on password sharing practices across industries, including the use of shared administrative and demo accounts. He will explain the technical limitations of enforcing single-user credential use and the commonality of such practices in commercial and testing environments.

### 5. Dark Web, Deep Web, and Threat Intelligence Gathering

Mr. Sharp will provide expert insight into the structure of the dark web and deep web, explaining how materials are found in these non-indexed areas, including through specialized search tools, threat intelligence platforms, and human intelligence sources.

He will explain methodologies used in threat research, including the identification of compromised data and credentials in non-public Internet spaces.

### 6. Cyber Threat Research Methodology

Finally, Mr. Sharp will testify as to the standard methodologies for conducting cyber threat research, the role of credential monitoring, web scraping detection, and threat intelligence platforms used to identify unauthorized access or misuse of credentials and data.

### III. Bases and Reasons for Opinions

Mr. Sharp's opinions will be based on:

- His personal expertise developed over three decades and more than 8,000 forensic investigations.
- His CLE teaching materials and publications, including those presented at the Florida Bar Association (most recently in 2024, "AI in Modern Litigation") and the American Bar Association.
- Technical standards, including IETF RFCs (https://www.ietf.org/standards/), NIST cybersecurity publications (https://csrc.nist.gov/publications), and OWASP anti-scraping and credential management guidelines (https://owasp.org).
- Forensic tools and methodologies in which he is certified and experienced, such as EnCase, AccessData FTK, Cellebrite UFED, and others as detailed in his CV.
- Materials produced in discovery in this case.

## IV. Materials Reviewed

Mr. Sharp has reviewed or will review:

- Discovery produced by the Government.
- Relevant technical standards and forensic methodologies.
- Internet Archive policies and protocols (https://archive.org/about/).
- Materials regarding scraping defenses and Internet credential use.
- Legal pleadings and orders entered in this matter.

## V. Supplementation

Please note that the defense reserves the right to supplement this disclosure in accordance with Fed. R. Crim. P. 16(c), should Mr. Sharp's opinions be refined or expanded based on ongoing review of materials or new disclosures by the Government.

I trust that this disclosure meets the requirements set forth under Rule 16 and *Willner*. Please do not hesitate to contact me should you have any questions, or if you require any further information, including Mr. Sharp's expert report (if one is prepared), or a list of reference materials to be used during Mr. Sharp's testimony.

Respectfully,

Michael Maddux
Counsel for Timothy Burke