UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:24-cr-68-KKM-TGW

TIMOTHY BURKE

## GOVERNMENT'S REQUESTED VOIR DIRE

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby requests the Court to ask the following

questions of the jury panel during jury selection.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/ Jay G. Trezevant
       Jay G. Trezevant
       Assistant United States Attorney
       Florida Bar No. 0802093
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:   (813) 274-6000
       Facsimile:    (813) 274-6358
       E-mail: jay.trezevant@usdoj.gov

       /s/ Adam J. Duso
       Adam J. Duso
       Assistant United States Attorney
       Florida Bar No. 0802093
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:   (813) 274-6000
       Facsimile:    (813) 274-6358
       E-mail: adam.duso@usdoj.gov

**U.S. v. Timothy Burke**                    **Case No. 8:24-cr-68-KKM-TGW**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 14, 2025, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

    Michael P. Maddux, Esq.
    Mark D. Rasch, Esq.

                    */s/ Jay G. Trezevant*
                    Jay G. Trezevant
                    Assistant United States Attorney

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 1</u>

Please state your full name.

What is your occupation?   If you are retired or not currently working, please state what your last employment was.

Are you married?

Is your spouse employed?   If so, what type of work does he or she do?

Do you have any children of working age?

If so, how many and what type of work do they do?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 2

Have you ever served on a jury before, either in state court or in federal court?

If so, when did you serve?   Where?

What type of case did you sit as a juror in?

Did the jury on which you served reach a verdict?

Was there anything about that experience you had as a juror which could, in any way, affect your ability to sit as a fair and impartial juror in this type of case and concerning these types of charges?

If you previously sat as a juror in a case, the law which you may have been told in that case may be different from the law that would relate to these criminal charges.   Can you assure the Court and both counsel that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a juror?

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 3</u>

Has any member of the jury panel ever served as a grand juror, either in state or federal court?

If so, when and where?

Is there anything in that experience which could in any way possibly affect your ability to render a verdict in this type of criminal case which would be fair and impartial both to the defendant and to the United States?

The law with respect to the burden of proof in grand jury proceedings is different from the law that would relate to these charges.   Can you assure the Court and both counsel that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a grand juror?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 4

Has any member of the jury panel, or any family member, relative, or close personal friend or acquaintance of yours, ever been investigated by any federal, state, or local law enforcement agency?

If so, what was the subject of the investigation?   What was the outcome of the matter?

Have you or any family member, relative, or close friend ever been arrested, charged, or convicted of any crime?

If so, what was the crime?   What was the outcome of the case?

Would this experience in any way cause you to be unable to evaluate fairly and impartially the evidence and testimony of the witnesses who will testify on behalf of the United States?

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 5</u>

Do you have any member of your family, close friend, or acquaintance who is involved in law enforcement, including state or federal police officers, sheriff's deputies, law enforcement agents, FBI, DEA, IRS, or any state or other federal law enforcement agency?

If so, who do you know?   What does that person do?   What is the nature of your relationship to that person?

Could the fact that you have such a friend or relative in any way affect your ability to be a fair and impartial juror sitting in a criminal case and evaluating the testimony of law enforcement officers?

Does any member of the jury panel have any matter pending before the United States Attorney's Office in this district or any other district in which you are involved as a party, witness, or subject of some legal action?

If so, please describe the matter pending and your involvement in that matter.

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 6</u>

Does any member of the jury panel have any strong feelings or opinions concerning the United States government or, more specifically, the United States Federal Bureau of investigation, the FBI, which might in any way affect your ability to be a fair and impartial juror in a case such as this?

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 7</u>

Has any member of the jury panel, or any family member, relative, or close personal friend or acquaintance of yours, ever been involved in any dealings or interactions with the Tampa United States Attorney's Office or anyone working in that office?

If so, what was the subject matter of those interactions with the Tampa United States Attorney's Office? What was the outcome of the matter?

Would this experience, or your knowledge about this experience, in any way cause you to be unable to evaluate fairly and impartially the evidence and testimony of the witnesses who will testify on behalf of the United States?

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 8</u>

Has anyone ever been a witness in <u>any</u> type of court or judicial proceeding?

If so, what type of proceeding did you give testimony in?   Were you subject to cross-examination by attorneys for either side in that case or proceeding?

If your answer to any of these questions was yes, do you feel that your experience as a witness could in any way affect your ability to fairly and impartially evaluate the testimony of the witnesses who will testify in this case?

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 9</u>

Have you, any member of your family, or close friend, ever been the victim of a crime?

If so, what happened?

When did this happen?

Was anyone charged or prosecuted as a result of that, to your knowledge?

If so, did you have to speak to police, appear in court, or give testimony in that regard?

Is there anything in that experience which could in any way possibly affect your ability to render a verdict in a criminal case which would be fair and impartial both to the defendant and to the United States?

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 10</u>

The defendant in this case is charged by indictment with intentionally accessing a protected computer without authorization and with intentionally intercepting wire, oral, or electronic communications. These are allegations only, nothing more.

Have you, anyone in your family, or your friends ever been impacted by any act that involved computer fraud or computer intrusion?

If so, what happened?

When did this happen?

Was anyone identified or prosecuted as a result of that, to your knowledge?

If so, did you have any involvement in the proceedings?

Is there anything in that experience which could in any way possibly affect your ability to render a verdict in a criminal case which would be fair and impartial both to the defendant and to the United States?

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 11</u>

Starting with three broad categories—sophisticated, working knowledge, or not familiar—how would you describe your level of familiarity with computer applications, such as word processing, data processing, or business-related software applications?

How would you describe your level of familiarity with computer network systems?

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 12</u>

Does any member of the jury panel have any formal education in the field of computer science?

If so, when did you participate in that education? Did you receive a diploma or other certificate?

How, if at all, does that education factor into your present employment duties and responsibilities?

Does any member of the jury panel have any other less formal education or training, such as work-related training or seminars, that involves working with or using computers or other devices? Could you elaborate on your training and work?

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 13</u>

Does any member of the jury panel have any formal or informal education or training in the field of writing computer programs, computer coding, or computer script writing?

If so, describe the level of education or training?

Is any member of the jury panel involved in any aspects of writing computer programs, computer coding, or computer script writing?

If so, describe your involvement in those endeavors.

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 14</u>

Does any member of the jury panel have any views about whether the government or the legislature should not pass laws that govern the use of computers?

If so, elaborate on those views (possibly at sidebar).

Does any member of the jury panel have any views about whether the government or the legislature should not pass laws that govern access to and use of the Internet?

If so, elaborate on those views (possibly at sidebar).

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 15</u>

Again, starting with three broad categories—very active, somewhat active, or not active at all—how would you describe your level of interest and participation in social media, such as Facebook, Instagram, X (formerly Twitter), Bluesky, LinkedIn and other social media interaction sites.

If so, do you favor any particular social media site? Which ones?

How much time during a day would you estimate you spend visiting one or more social media sites?

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 16</u>

Does any member of the jury panel work, or have family members who work, in a radio or television network environment?

If so, elaborate (possibly at sidebar).

Would your work in that network environment in any way impact your ability to evaluate fairly and impartially the evidence and testimony in a case that involves individuals who work in network studios or related spaces, such as news vans or broadcasting trucks?

16

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 17

Does any member of the jury panel have any strong views about any particular cable news channels or cable news hosts or personalities?

If so, elaborate on those views (possibly at sidebar).

Does any member of the jury panel have any strong feelings about any former or current reporters, correspondents, news anchors, or show hosts with any of the following broadcast or cable news companies: CBS, MSNBC, Fox Corporation, or ESPN?

If so, elaborate on those views (possibly at sidebar).

Does any member of the jury panel have any strong feelings about Kanye West ("Ye") and/or any other former or current sports or music celebrity?

Would these strong views in any way impact your ability to evaluate fairly and impartially the evidence and testimony of the witnesses who will testify in this case?

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 18</u>

Does any member of the jury panel have any strong feelings or opinions about

individuals who have been investigated for or charged with a crime, who cooperate

with the government, which might in any way affect your ability to be a fair and

impartial juror in this case?

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 19</u>

Do any among you have any conscientious objection, religious belief, or other mental reservation such that you could not, in good faith and in good conscience, sit as a juror in this criminal case and return a verdict of guilty if you believed from all the evidence that the United States has proved its case beyond a reasonable doubt?

To put it another way, is there anyone here who feels that for any moral or religious reasons that he or she cannot sit in judgment of another human being?

Do any among you feel that you would be unable to follow the Court's instruction that in reaching your verdict in this case, you must not be influenced in any way by either sympathy or prejudice for or against either the defendant or the United States?

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 20</u>

Having sat through this voir dire process, and having listened to the questions and answers provided by members of the panel, is there anyone who feels that, for any reason, this case may present issues or topics about which he or she cannot be fair and impartial in this case?

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 21</u>

The defendant is on trial for his actions as alleged in the indictment. No other person is on trial in this case.

Can you decide this case based upon the evidence offered and not allow your verdict to be affected by any evidence about any other person mentioned during the course of the trial or by your opinions about any of those other persons' actions?

To put it another way, can you promise the Court and counsel that you will not permit opinions you might have from the testimony and evidence you will hear as to what other persons did or did not do to alter or affect your verdict as to the actions and conduct of the defendant himself?