UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-68-TGW-KKM

TIMOTHY BURKE

## NOTICE OF FILING VERDICT FORM

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby submits a proposed Verdict Form. At present, the United States is unable, due to system-related issues, to compile a joint filing. The United States understands that defendant Burke is also filing a proposed Verdict Form.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  *s/Jay G. Trezevant*
Jay G. Trezevant
Assistant United States Attorney
USA No. Florida Bar No. 0802093
400 N. Tampa Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 274-6002
Facsimile: (813) 274-6125
E-mail: jay.trezevant@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:24-cr-68-KKM-TGW

TIMOTHY BURKE

**VERDICT**

1. **Count One of the Indictment**

   As to the offense of conspiracy, in violation of 18 U.S.C. § 371,

   We, the Jury, find the defendant, TIMOTHY BURKE:

   Guilty _____        Not Guilty _____

2. **Count Two of the Indictment**

   As to the offense of intentionally accessing a protected computer without authorization, in violation of 18 U.S.C. § 1030(a)(2)(C) and (c)(2),

   We, the Jury, find the defendant, TIMOTHY BURKE:

   Guilty _____        Not Guilty _____

3. **Count Three of the Indictment**

   As to the offense of intentionally accessing a protected computer without authorization, in violation of 18 U.S.C. § 1030(a)(2)(C) and (c)(2),

   We, the Jury, find the defendant, TIMOTHY BURKE:

   Guilty _____        Not Guilty _____

4. **Count Four of the Indictment**

As to the offense of intentionally accessing a protected computer without authorization, in violation of 18 U.S.C. § 1030(a)(2)(C) and (c)(2),

We, the Jury, find the defendant, TIMOTHY BURKE:

   Guilty _____          Not Guilty _____

5. **Count Five of the Indictment**

As to the offense of intentionally accessing a protected computer without authorization, in violation of 18 U.S.C. § 1030(a)(2)(C) and (c)(2),

We, the Jury, find the defendant, TIMOTHY BURKE:

   Guilty _____          Not Guilty _____

6. **Count Six of the Indictment**

As to the offense of intentionally accessing a protected computer without authorization, in violation of 18 U.S.C. § 1030(a)(2)(C) and (c)(2),

We, the Jury, find the defendant, TIMOTHY BURKE:

   Guilty _____          Not Guilty _____

7. **Count Seven of the Indictment**

As to the offense of intentionally accessing a protected computer without authorization, in violation of 18 U.S.C. § 1030(a)(2)(C) and (c)(2),

We, the Jury, find the defendant, TIMOTHY BURKE:

   Guilty _____          Not Guilty _____

8. **Count Eight of the Indictment**

As to the offense of intentional interception of a wire, oral, or electronic communication, in violation of 18 U.S.C. § 2511(1)(a),

We, the Jury, find the defendant, TIMOTHY BURKE:

Guilty _____          Not Guilty _____

9. **Count Nine of the Indictment**

As to the offense of intentional interception of a wire, oral, or electronic communication, in violation of 18 U.S.C. § 2511(1)(a),

We, the Jury, find the defendant, TIMOTHY BURKE:

Guilty _____          Not Guilty _____

10. **Count Ten of the Indictment**

As to the offense of intentional interception of a wire, oral, or electronic communication, in violation of 18 U.S.C. § 2511(1)(a),

We, the Jury, find the defendant, TIMOTHY BURKE:

Guilty _____          Not Guilty _____

11. **Count Eleven of the Indictment**

As to the offense of intentional interception of a wire, oral, or electronic communication, in violation of 18 U.S.C. § 2511(1)(a),

We, the Jury, find the defendant, TIMOTHY BURKE:

Guilty _____          Not Guilty _____

12. **Count Twelve of the Indictment**

    As to the offense of intentional interception of a wire, oral, or electronic communication, in violation of 18 U.S.C. § 2511(1)(a),

    We, the Jury, find the defendant, TIMOTHY BURKE:

    Guilty _____    Not Guilty _____

13. **Count Thirteen of the Indictment**

    As to the offense of intentionally disclosing illegally intercepted wire, oral, or electronic communications, in violation of 18 U.S.C. § 2511(1)(c),

    We, the Jury, find the defendant, TIMOTHY BURKE:

    Guilty _____    Not Guilty _____

14. **Count Fourteen of the Indictment**

    As to the offense of intentionally disclosing illegally intercepted wire, oral, or electronic communications, in violation of 18 U.S.C. § 2511(1)(c),

    We, the Jury, find the defendant, TIMOTHY BURKE:

    Guilty _____    Not Guilty _____

SO SAY WE ALL, this _____ day of _____, 2025.

_____
FOREPERSON