UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO.: 8:24-cr-00068-KKM-TGW

TIMOTHY BURKE

_____/

**DEFENDANT TIMOTHY BURKE'S PROPOSED
DEFENSE JURY QUESTIONNAIRE**

The purpose of this questionnaire is to help the Court and counsel ensure a fair and impartial jury. Please answer each question fully and honestly. There are no "right" or "wrong" answers. Your answers will be kept confidential and used only for jury selection.

## BACKGROUND INFORMATION

The purpose of this questionnaire is to guide the attorneys and the Judge in deciding who is qualified to serve on this particular case. Please answer the questions honestly and completely. There are no "right" or "wrong" answers—only truthful ones. Do not discuss your questionnaire or your answers with anyone. If you do not understand a question, indicate that in your answer. If a question involves sensitive matters, you may write "private" and request to discuss it with the Judge privately. If necessary, you may extend your answers on the reverse side of the questionnaire paper. Please note the number of the question to which your extended answer refers. Please make every effort to write your answers legibly.

## SCHEDULE

Potential jurors will be called back for further questioning and jury selection beginning [Insert date]. The trial is expected to last [Insert estimated length]. Trial sessions are generally held during business hours on Monday through Friday, unless otherwise directed.

Do you understand these schedule requirements?

[ ] Yes    [ ] No

## HARDSHIP

1. Would serving cause undue hardship or extreme inconvenience?

   [ ] Yes   [ ] No — If yes, explain: _____

   _____

   _____

   _____

   _____

   _____

   _____


2. Arrangements to alleviate hardship: _____

   _____

   _____

   _____

   _____

   _____

   _____

3. Are you employed? [ ] Yes   [ ] No

   a. Retired? [ ] Yes   [ ] No

   b. Will you be paid while serving?

      [ ] Yes   [ ] No   [ ] Not sure

   c. Would service cause severe economic hardship to your employer?

      [ ] Yes   [ ] No – Explain: _____

_____

_____

_____

_____

_____

_____

4. Do you have any medical condition that would make it difficult to serve?

   [ ] Yes   [ ] No — If yes, list: _____

_____

_____

_____

_____

_____

_____

5.  Are you taking medications that could affect concentration?

[ ] Yes   [ ] No — If yes, list: _____

_____

_____

_____

_____

_____

_____

6.  Any physical, medical, or psychological issues affecting service (e.g., hearing,
vision, reading)? [ ] Yes   [ ] No — If yes, explain: _____

_____

_____

_____

_____

_____

_____

7.  Anything else preventing full attention during trial? _____

_____

_____

_____

_____

_____

_____

## INSTRUCTIONS

Until excused from this case:

- DO NOT read, watch, or listen to anything about this case or the people involved.

- DO NOT research anything about the case, participants, or legal issues.

- DO NOT discuss the case or your questionnaire with anyone.

- DO NOT post about this case on social media or any website.

## DESCRIPTION OF THE CASE

This is a criminal case brought by the United States Attorney for the Middle District of
Florida. The defendant, Timothy Burke, is charged in an indictment with:

- Conspiracy to Commit Offenses Against the United States (18 U.S.C. § 371)

- Unauthorized Access to a Protected Computer (18 U.S.C. § 1030)

- Interception and Disclosure of Communications (18 U.S.C. § 2511)

An indictment is not evidence and does not prove guilt. Mr. Burke has pleaded Not Guilty
and is presumed innocent unless and until the government proves guilt beyond a reasonable
doubt.

## BACKGROUND QUESTIONS

1. Age: _____    Sex: _____    Gender identity: _____

2. Place of birth: _____

3. County of residence: _____

4. Neighborhood/town & length of residence: _____

5. Employment (or most recent): _____

6. Employer (or most recent): _____

   a. Main job duties: _____

_____

_____

_____

_____

_____

_____

   b. Other jobs in last 10 years:

_____

_____

_____

_____

_____

_____

   c. Supervise others? [ ] Yes    [ ] No — How many? _____

7. Military service? [ ] Yes    [ ] No — Branch & years: _____

8. Education: [ ] Less than HS [ ] HS [ ] Some college/vocational [ ] College degree:

    _____ [ ] Graduate degree: _____

9. Marital/Partner status: [ ] Yes    [ ] No — If yes, partner's occupation:

    _____

    _____

    _____

    _____

    _____

    _____

10. Do you have children? [ ] Yes    [ ] No — Ages: _____

11. Are you or any close family trained/experienced in:

    [ ] Cybersecurity    [ ] IT/Networking    [ ] Journalism    [ ] Law Enforcement

    [ ] Law    [ ] Business    [ ] Privacy/Data Protection    [ ] Other: _____

12. Organizations/groups you belong to: _____

    _____

    _____

    _____

    _____

    _____

    _____

13. Organizations/groups your spouse/partner belongs to: _____

_____

_____

_____

_____

_____

_____

14. Hobbies/interests: _____

_____

_____

_____

_____

_____

_____

15. News sources (TV, radio, online, print): _____

_____

_____

_____

_____

## OPINIONS BASED ON CHARGES

16. Based on the charges (unlawful access to computers, communication interception),
    have you formed any opinions?

    [ ] Yes   [ ] No — Explain: _____

    _____

    _____

    _____

    _____

    _____

    _____

17. Have you or someone close ever been the victim of hacking/identity
    theft/cybercrime?

    [ ] Yes   [ ] No — Explain: _____

    _____

    _____

    _____

    _____

    _____

    _____

18. Do you or someone close ever work in IT, cybersecurity, journalism, or law enforcement?

[ ] Yes   [ ] No — Explain: _____

_____

_____

_____

_____

_____

_____

19. Do you have strong beliefs about publishing leaked/intercepted materials?

[ ] Yes   [ ] No — Explain: _____

_____

_____

_____

_____

_____

_____

20. Would the nature of the charges affect your ability to be impartial?

[ ] Yes    [ ] No — Explain: _____

_____

_____

_____

_____

_____

_____

MEDIA AWARENESS

21. What are your primary news source(s): _____

_____

_____

_____

_____

_____

_____

22. Have you read, seen, or heard anything about Timothy Burke or about this case?

[ ] Yes    [ ] No — Explain: _____

_____

_____

_____

_____

_____

_____

23. Could you ignore outside info and decide your verdict only from the evidence presented in the courtroom?

[ ] Yes    [ ] No — Explain: _____

EXPERIENCE WITH LAW OR LAW ENFORCEMENT

24. Have you ever served as a juror?

[ ] Yes   [ ] No — If yes, was it a [  ]civil or [  ]criminal case? What was the outcome

of the case? _____

_____

_____

_____

_____

_____

_____


25. Have you ever served on a Grand Jury?

[ ] Yes   [ ] No — Type of case: _____

_____

_____

_____

_____

_____

_____

26. Have you or a close family member ever been a victim of crime?

[ ] Yes   [ ] No — Explain: _____

_____

_____

_____

_____

_____

_____

27. Have you or a close family member ever been accused/charged/convicted of a crime?

[ ] Yes   [ ] No — Explain: _____

_____

_____

_____

_____

_____

_____

Technology and Internet Use

28. How often do you use the Internet? (Daily / Weekly / Rarely / Never)

_____

_____

_____

_____

_____

_____

29. Have you ever used a username and password to access a website or service?

[  ] Yes   [  ] No

30. Have you ever shared or been given login credentials for a site or service?

[  ] Yes [  ] No — If yes, please explain:_____

_____

_____

_____

_____

_____

31. Do you believe it is always wrong to use a username and/or password log in credentials that appear to have been publicly posted by the owner to log into a website?

[ ] Yes [ ] No — Explain:_____

_____

_____

_____

_____

_____

_____

32. Have you ever viewed online material by typing the web page URL directly into your browser (verses just doing a Google search and clicking the link)?

[ ] Yes [ ] No — If yes, please explain:_____

_____

_____

_____

_____

_____

_____

Familiarity with People Involved

33. Have you ever heard of Timothy Burke?

[  ] Yes [  ]  No — If yes, please explain how and what you have heard: _____

_____

_____

_____

_____

_____

_____

34. Have you ever heard of Lynn Hurtak, a member of the Tampa City Council?

[  ] Yes [  ]  No — If yes, please explain what you know: _____

_____

_____

_____

_____

_____

_____

35. Have you ever heard of Kanye "Ye" West?

[ ] Yes [ ]  No — If yes, what are your general impressions of him? _____

_____

_____

_____

_____

_____

_____

36. Are you aware of any statements Mr. West has made about Jewish people or the

State of Israel?

[ ] Yes [ ]  No —If yes, please explain:_____

_____

_____

_____

_____

_____

_____

37. Have you ever heard of former Fox News personality Tucker Carlson?

[  ] Yes [  ]  No — If yes, what are your general impressions of him?_____

_____

_____

_____

_____

_____

PERSONAL BELIEFS

38. Can you accept that a defendant is not required to testify and his silence can't be held against him as evidence of guilt? [ ] Yes    [ ] No

Why/why not? _____

_____

_____

_____

_____

_____

_____

39. Do you think testimony from law enforcement is more truthful or trustworthy than testimony from other witnesses?

[ ] Yes    [ ] No — Why/why not? _____

_____

_____

_____

_____

_____

_____

40. Can you require proof beyond a reasonable doubt before conviction?

[ ] Yes    [ ] No

41. Do you have any beliefs that would prevent you from following the law as instructed by the Judge?

[ ] Yes    [ ] No — Explain: _____

_____

_____

_____

_____

_____

_____

FINAL QUESTIONS

42. If another juror wanted to decide the case based on factors outside of the law given to you by the Judge, and/ or outside of the evidence presented to you in court, could you reject that and follow your oath?

[ ] Yes   [ ] No

43. Is there any reason you cannot be fair to the defendant?

[ ] Yes   [ ] No — Explain: _____

_____

_____

_____

_____

_____

_____

44. Is there any reason you cannot be fair to the government?

[ ] Yes   [ ] No — Explain: _____

_____

_____

_____

_____

45. Is there anything else about you or your ability to serve on this jury that the Judge should know? _____

_____

_____

_____

_____

_____

_____

Respectfully submitted,


*s/Michael P. Maddux*
Michael P. Maddux, Esquire
Florida Bar # 964212
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 32606
Phone: (813) 253-3363
Fax: (813) 253-2553
Email: mmaddux@madduxattorneys.com
       ctonski@madduxattorneys.com

*s/Mark D. Rasch*
Mark D. Rasch
Law Office of Mark Rasch
Member, MD, MA, NY Bar
MDRasch@gmail.com
(301) 547-6925
Admitted Pro hac vice


COUNSEL FOR TIMOTHY BURKE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of **August 2025**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

_s/Michael P. Maddux_

Michael P. Maddux, Esquire

CERTIFICATE OF SERVICE