UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO.: 8:24-cr-00068-KKM-TGW

TIMOTHY BURKE

_____/


**<u>DEFENDANT'S PROPOSED VERDICT FORM</u>**


Count 2

Count 2 alleges that on or about September 8, 2022, Mr. Burke intentionally accessed the NSL FTP server located at ftp://ftp01.NSL.com, without authorization, and thereby obtained information described as:

/data/aspera/footage//NSLedit/20REM-DMO_EDIT_23/media/0000199543_18.mxf


Do you find that Mr. Burke intentionally accessed the protected computer described as ftp://ftp01.NSL.com?


| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |


Do you find that Mr. Burke did so without authorization and with the intent to act without authorization?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke obtained the information described in the Indictment as/data/aspera/footage//NSLedit/20REM-DMO_EDIT_23/media/0000199543_18.mxf as a result of this access?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

## Count 3

Count 3 alleges that on or about September 14, 2022, Mr. Burke intentionally accessed
the NSL FTP server located at ftp://ftp01.NSL.com, without authorization, and thereby
obtained information described as:

> /data/aspera/footage//NSLedit/ 20REM-EDIT_JB/media/ 0000137655_1.mxf; and
> information concerning the Seattle NSL team and Eight files concerning a former NSL
> player and one file concerning the NSL Brazil

Do you find that Mr. Burke intentionally accessed the protected computer described as
ftp://ftp01.NSL.com?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke did so without authorization and with the intent to act without
authorization?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke obtained the information described in the Indictment as
/data/aspera/footage//NSLedit/ 20REM-EDIT_JB/media/ 0000137655_1.mxf; and
information concerning the Seattle NSL team and Eight files concerning a former NSL
player and one file concerning the NSL Brazil as a result of this access?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Count 4

Count 4 alleges that on or about August 22, 2022, Mr. Burke intentionally accessed a computer described as "StreamCo-Net" without authorization, and thereby obtained information described as StreamCo-Net.BIDs and that he did so for the purpose of commercial advantage or private financial gain.

Do you find that Mr. Burke intentionally accessed the protected computer described as that of StreamCo-Net?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke did so without authorization and with the intent to act without authorization?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke obtained the information described in the Indictment as StreamCo-Net.BIDs as a result of this access?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke accessed the computer in furtherance of a violation of the federal wiretap statute?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke acted for the purpose of commercial advantage or private financial gain?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Count 5

Count 5 alleges that on or about August 23, 2022, Mr. Burke intentionally accessed a computer described as " the StreamCo-Net" without authorization, and thereby obtained information described as StreamCo-Net.BIDs

Do you find that Mr. Burke intentionally accessed the protected computer of StreamCo-Net as described as StreamCo-Net?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES | | | | | | | | | | | | |
| NO | | | | | | | | | | | | |

Do you find that Mr. Burke did so without authorization and with the intent to act without authorization?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES | | | | | | | | | | | | |
| NO | | | | | | | | | | | | |

Do you find that Mr. Burke obtained the information described in the Indictment as StreamCo-Net.BIDs as a result of this access?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES | | | | | | | | | | | | |
| NO | | | | | | | | | | | | |

Count 6

Count 6 alleges that on or about August 24, 2022, Mr. Burke intentionally accessed a computer described as " the StreamCo-Net" without authorization, and thereby obtained information described as StreamCo-Net.BIDs

Do you find that Mr. Burke intentionally accessed the protected computer described in
the Indictment?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke did so without authorization and with the intent to act without
authorization?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke obtained the information described in the Indictment as
StreamCo-Net BIDs as a result of this access?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke accessed the computer in furtherance of a violation of the federal wiretap statute?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Count 7

Count 7 alleges that on or about September 13, 2022, Mr. Burke intentionally accessed a computer described as "the StreamCo-Net" without authorization, and thereby obtained information described as StreamCo-Net.BIDs

Do you find that Mr. Burke intentionally accessed the protected computer described as that of StreamCo-Net?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke did so without authorization and with the intent to act without authorization?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke obtained the information described in the Indictment as StreamCo-Net BIDs as a result of this access?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Count 8

Count 8 alleges that, on or about August 23, 2022 Mr. Burke intentionally intercepted, endeavored to intercept, and procured another to intercept the contents of a wire, oral and electronic communication as it was occurring, by means of a device, namely a computer. This count alleges that the interception that Mr. Burke is alleged to have intercepted or procured another to intercept was acquired from an IP address associated with Mr. Gaudino.  The communication is described as:

> audio/video Broadcaster-2 stream including off-camera  production team conversations, pre-recording for a planned news segment, off-air production conversations and makeup applications to news correspondent

Do you find that Mr. Burke intentionally acquired the contents of a communication or intentionally procured another to intercept a communication?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

For the communication alleged in this count, do you find it was (check all that apply):

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| Oral |   |   |   |   |   |   |   |   |   |    |    |    |
| Wire |   |   |   |   |   |   |   |   |   |    |    |    |
| Electronic |   |   |   |   |   |   |   |   |   |    |    |    |
| Oral and Wire |   |   |   |   |   |   |   |   |   |    |    |    |
| Wire |   |   |   |   |   |   |   |   |   |    |    |    |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| and Electronic | | | | | | | | | | | |
| Oral and Wire | | | | | | | | | | | |
| Oral and Electronic | | | | | | | | | | | |
| Oral Wire and Electronic | | | | | | | | | | | |
| Not Proven | | | | | | | | | | | |

Do you find that the communication acquired was in fact the "audio/video Broadcaster-2 stream" described in this count?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YES | | | | | | | | | | | | |
| NO | | | | | | | | | | | | |

Do you find that the communication was intercepted as it was occurring and while it was in transmission?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke was NOT a party to the communication?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

If you found that the communication was an electronic communication, do you
unanimously find that the communication was NOT readily accessible to the general
public?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that NO party to the communication consented to the interception?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke used or procured another to use a device (a computer) and
that neither Mr. Burke or the other person was a user of a communications service acting
within the ordinary course of their own business in doing so?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Count 9

Count 9 alleges that, on or about September 1, 2022 Mr. Burke intentionally intercepted, endeavored to intercept, and procured another to intercept the contents of a wire, oral and electronic communication as it was occurring, by means of a device, namely a computer. This count alleges that the interception that Mr. Burke is alleged to have intercepted or procured another to intercept was acquired from an IP address associated with Mr. Gaudino.

The communication is described in the indictment as:

> audio/video Broadcaster-2 stream including news anchor pre- recording introductions for planned news segments and pre-and-post-production conversations and activity

Do you find that Mr. Burke intentionally acquired the contents of a communication or intentionally procured another to intercept a communication?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

For the communication alleged in this count, do you find it was (check all that apply):

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| Oral |   |   |   |   |   |   |   |   |   |    |    |    |
| Wire |   |   |   |   |   |   |   |   |   |    |    |    |
| Electronic |   |   |   |   |   |   |   |   |   |    |    |    |
| Oral and Wire |   |   |   |   |   |   |   |   |   |    |    |    |

| Wire and Electronic | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oral and Wire | | | | | | | | | | | | |
| Oral and Electronic | | | | | | | | | | | | |
| Oral Wire and Electronic | | | | | | | | | | | | |
| Not Proven | | | | | | | | | | | | |

Do you find that the communication was intercepted as it was occurring and while it was in transmission?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YES | | | | | | | | | | | | |
| NO | | | | | | | | | | | | |

Do you find that the communication acquired was in fact the "audio/video Broadcaster-2 stream" described in this count?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke was NOT a party to the communication?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

If you found that the communication was an electronic communication, do you unanimously find that the communication was NOT readily accessible to the general public?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that NO party to the communication consented to the interception?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke used or procured another to use a device (a computer) and that neither Mr. Burke or the other person was a user of a communications service acting within the ordinary course of their business in doing so?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Count 10

Count 10  alleges that, on or about September 3, 2022 Mr. Burke intentionally
intercepted, endeavored to intercept, and procured another to intercept the contents of a
wire, oral and electronic communication as it was occurring, by means of a device,
namely a computer.  The communication is described in the indictment as:

> audio/video Broadcaster-2 stream including news correspondent hosting off-
> camera conversation with multiple participants concerning their political views in
> preparation for a segment of a planned broadcast

Do you find that Mr. Burke intentionally acquired the contents of a communication or
intentionally procured another to intercept a communication?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

For the communication alleged in this count, do you find it was (check all that apply):

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| Oral  |   |   |   |   |   |   |   |   |   |    |    |    |
| Wire  |   |   |   |   |   |   |   |   |   |    |    |    |
| Electronic |   |   |   |   |   |   |   |   |   |    |    |    |
| Oral and Wire |   |   |   |   |   |   |   |   |   |    |    |    |
| Wire and Elec |   |   |   |   |   |   |   |   |   |    |    |    |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| tronic | | | | | | | | | | | |
| Oral and Wire | | | | | | | | | | | |
| Oral and Electronic | | | | | | | | | | | |
| Oral Wire and Electronic | | | | | | | | | | | |
| Not Proven | | | | | | | | | | | |

Do you find that the communication acquired was in fact the "audio/video Broadcaster-2 stream" described in this count?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YES | | | | | | | | | | | | |
| NO | | | | | | | | | | | | |

Do you find that the communication was intercepted as it was occurring and while it was in transmission?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke was NOT a party to the communication?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

If you found that the communication was an electronic communication, do you unanimously find that the communication was NOT readily accessible to the general public?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that NO party to the communication consented to the interception?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke used or procured another to use a device (a computer) and that neither Mr. Burke or the other person was a user of a communications service acting within the ordinary course of their business in doing so?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YES | | | | | | | | | | | | |
| NO | | | | | | | | | | | | |

Count 11

Count 11  alleges that, on or about September 28, 2022 Mr. Burke intentionally intercepted, endeavored to intercept, and procured another to intercept the contents of a wire, oral and electronic communication as it was occurring, by means of a device, namely a computer. This count alleges that the interception that Mr. Burke is alleged to have intercepted or procured another to intercept was acquired from an IP address associated with Mr. Gaudino.

The communication is described in the indictment as:

> audio/video Broadcaster-1 stream including pre-production conversation by show host discussing concern about potential impact to host's house from approaching Hurricane Ian

Do you find that Mr. Burke intentionally acquired the contents of a communication or intentionally procured another to intercept a communication?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

For the communication alleged in this count, do you find it was (check all that apply):

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| Oral |   |   |   |   |   |   |   |   |   |    |    |    |
| Wire |   |   |   |   |   |   |   |   |   |    |    |    |
| Electronic |   |   |   |   |   |   |   |   |   |    |    |    |
| Oral and Wire |   |   |   |   |   |   |   |   |   |    |    |    |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wire and Electronic | | | | | | | | | | | |
| Oral and Wire | | | | | | | | | | | |
| Oral and Electronic | | | | | | | | | | | |
| Oral Wire and Electronic | | | | | | | | | | | |
| Not Proven | | | | | | | | | | | |

Do you find that the communication acquired was in fact the "audio/video Broadcaster-1 stream" described in this count?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YES | | | | | | | | | | | | |
| NO | | | | | | | | | | | | |

Do you find that the communication was intercepted as it was occurring and while it was in transmission?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke was NOT a party to the communication?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

If you found that the communication was an electronic communication, do you
unanimously find that the communication was NOT readily accessible to the general
public?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that NO party to the communication consented to the interception?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke used or procured another to use a device (a computer) and
that neither Mr. Burke or the other person was a user of a communications service acting
within the ordinary course of their business in doing so?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Count 12

Count 12  alleges that, on or about October 6, 2022 Mr. Burke intentionally intercepted, endeavored to intercept, and procured another to intercept the contents of a wire, oral and electronic communication as it was occurring, by means of a device, namely a computer. This count alleges that the interception that Mr. Burke is alleged to have intercepted or procured another to intercept was acquired from an IP address associated with Mr. Gaudino.

The communication is described in the indictment as:

> audio/video Broadcaster-1 stream including interview discussion between show host and guest

Do you find that Mr. Burke intentionally acquired the contents of a communication or intentionally procured another to intercept a communication?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES |  |  |  |  |  |  |  |  |  |  |  |  |
| NO |  |  |  |  |  |  |  |  |  |  |  |  |

For the communication alleged in this count, do you find it was (check all that apply):

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| Oral |  |  |  |  |  |  |  |  |  |  |  |  |
| Wire |  |  |  |  |  |  |  |  |  |  |  |  |
| Electronic |  |  |  |  |  |  |  |  |  |  |  |  |
| Oral and Wire |  |  |  |  |  |  |  |  |  |  |  |  |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wire and Electronic | | | | | | | | | | | | |
| Oral and Wire | | | | | | | | | | | | |
| Oral and Electronic | | | | | | | | | | | | |
| Oral Wire and Electronic | | | | | | | | | | | | |
| Not Proven | | | | | | | | | | | | |

Do you find that the communication acquired was in fact the "audio/video Broadcaster-1 stream" described in this count?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YES | | | | | | | | | | | | |
| NO | | | | | | | | | | | | |

Do you find that the communication was intercepted as it was occurring and while it was in transmission?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke was NOT a party to the communication?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

If you found that the communication was an electronic communication, do you unanimously find that the communication was NOT readily accessible to the general public?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that NO party to the communication consented to the interception?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke used or procured another to use a device (a computer) and that neither Mr. Burke or the other person was a user of a communications service acting within the ordinary course of their business in doing so?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Count 13

Count 13 alleges that on or about October 10, 2022, Mr. Burke intentionally disclosed, and endeavored to disclose, to another person, the contents of a wire, oral, and electronic communication, knowing and having reason to know that the information was obtained through the interception of a wire, oral, and electronic communication

The specific communication Mr. Burke is alleged in the indictment to have disclosed is described as

> Excerpts from an audio/video Broadcaster-1 stream intercepted on 10-06-2022, which included interview discussion between show host and guest

Do you find that Mr. Burke intentionally disclosed, or endeavored to disclose, the contents of a communication to another person?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that the communication acquired was in fact the "audio/video Broadcaster-1 stream" described in this count?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke knew or had reason to know that the information was obtained through unlawful interception?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

(If applicable) Do you unanimously find that Mr. Burke personally participated in, directed, or procured the unlawful interception?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

(If applicable) Do you unanimously find that the subject matter of the communication was a matter of public concern?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Count 14

Count 14  alleges that on or about April 24, 2023, Mr. Burke intentionally disclosed, and
endeavored to disclose, to another person, the contents of a wire, oral, and electronic
communication, knowing and having reason to know that the information was obtained
through the interception of  a wire, oral, and electronic communication

The specific communication Mr. Burke is alleged in the indictment to have disclosed is
described as:

> Excerpt from audio/video Broadcaster-1 stream intercepted on 09-28-22 (together
> with false and misleading caption), which originally included pre-production
> statements by show host expressing concern about potential impact to host's house
> from approaching Hurricane Ian

Do you find that Mr. Burke intentionally disclosed, or endeavored to disclose, the
contents of a communication to another person?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that the communication acquired was in fact the "audio/video Broadcaster-1
stream" described in this count?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Do you find that Mr. Burke knew or had reason to know that the information was
obtained through unlawful interception?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

(If applicable) Do you unanimously find that Mr. Burke personally participated in, directed, or procured the unlawful interception?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

(If applicable) Do you unanimously find that the subject matter of the communication was a matter of public concern?

| Juror | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|
| YES   |   |   |   |   |   |   |   |   |   |    |    |    |
| NO    |   |   |   |   |   |   |   |   |   |    |    |    |

Respectfully submitted,


<u>s/Michael P. Maddux</u>
Michael P. Maddux, Esquire
Florida Bar # 964212
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 32606
Phone: (813) 253-3363
Fax: (813) 253-2553
Email: mmaddux@madduxattorneys.com
        ctonski@madduxattorneys.com


<u>s/Mark D. Rasch</u>
Mark D. Rasch
Law Office of Mark Rasch
Member, MD, MA, NY Bar
MDRasch@gmail.com
(301) 547-6925
Admitted Pro hac vice


COUNSEL FOR TIMOTHY BURKE

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 14th day of **August 2025**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

_s/Michael P. Maddux_

Michael P. Maddux, Esquire