UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:24-cr-68-KKM-TGW | DATE: | August 20, 2025 |
|---|---|---|---|
| HONORABLE KATHRYN KIMBALL MIZELLE | | INTERPRETER: | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY BURKE | | LANGUAGE: | n/a |
| | | GOVERNMENT COUNSEL<br>Jay Trezevant, AUSA<br>Adam Duso, AUSA | |
| | | DEFENSE COUNSEL<br>Michael Maddux, retained<br>Mark Rasch, retained | |
| COURT REPORTER: Bill Jones | | DEPUTY CLERK: | Gretchen O'Brien |
| TIME: | 11:01 a.m.–11:31 a.m.   TOTAL: 30 minutes | COURTROOM: | 13B |

**PROCEEDINGS: STATUS CONFERENCE**

The Court addresses the defendant's Motion to Continue Trial (Doc. 169).

The parties anticipate a trial in this case would last approximately ten days.

For the reasons stated on the record, namely, to allow time to rule on the pending motions, the ends of justice outweigh the interests of the defendant and of the public in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). The trial is continued to the October 2025 trial calendar. A status conference is scheduled for September 16, 2025, at 10:00 a.m. in Tampa Courtroom 13B. The time from today through November 2, 2025, is "excludable time."

The August 28, 2025 pretrial conference and September 8, 2025 jury trial are cancelled.

Voir dire is discussed. The United States is ordered to provide the Court with the video clips that will be shown to the jury no later than September 16, 2025.

Hearing concluded