UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| **CASE NO.:** | 8:24-cr-68-KKM-TGW | **DATE:** | September 2, 2025 |
|---|---|---|---|
| **HONORABLE: THOMAS G. WILSON** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY BURKE | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Adam Duso, Jay Trezevant, AUSA | |
| | | **DEFENSE COUNSEL**<br>Michael Maddux, Retained | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Karina Nieves |
| **TIME:** 2:38 PM- 2:57 PM | **TOTAL:** 19 mins | **U.S. PRETRIAL:** | N/A |
| | | **COURTROOM:** | 12A |

**PROCEEDINGS:** Motion to Compel Early Production to Rule 17 (c) Subpoenas

-Court in session.

-Court calls case and counsel enter appearances. Defendant Timothy Burke present.

-Oral arguments made.

-Motion to Compel Early Production to Rule 17 (c) is denied without prejudice.

-Court adjourned.