## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

                           8:24-cr-68-KKM-TGW

v.

TIMOTHY BURKE

## O R D E R

THIS CAUSE came on for consideration upon the Notice of Filing Victims' Objections to the Issuance of Rule 17(c) Subpoenas (Doc. 190). The submission is not merely a notice; it contains a twenty-page "addendum" which is an unauthorized memorandum.

It is, therefore, upon consideration,

ORDERED:

That the Notice of Filing Victims' Objections to the Issuance of Rule 17(c) Subpoenas (Doc. 190) is **STRICKEN**.

DONE and ORDERED at Tampa, Florida, this _5_ day of September, 2025.

_Thomas G. Wilson_
_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE