# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

8:24-cr-68-KKM-TGW

v.

TIMOTHY BURKE

## ORDER

THIS CAUSE came on for consideration upon the Defendant's Motion to Strike "Objections to the Issuance of Rule 17(c) Subpoenas" (Doc. 191).

It is, upon consideration,

ORDERED:

That the Defendant's Motion to Strike "Objections to the Issuance of Rule 17(c) Subpoenas" (Doc. 191) is **DENIED as MOOT**.

DONE and ORDERED at Tampa, Florida, this 5th day of September, 2025.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE