UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

8:24-cr-68-KKM-TGW

v.

TIMOTHY BURKE

# ORDER

THIS CAUSE came on to be heard upon Defendant Timothy Burke's Motion for Rule 17(c) Subpoenas to Compel Early Production of Documents (Doc. 164) and the Government's opposition thereto (Doc. 173). The focus of this motion is the issuance of subpoenas to obtain "early production" of documents. At the hearing, defense counsel argued that the title was a misnomer. However, the motion is phrased as a request for "early production," and that is what defense counsel argued for at the hearing, i.e., an Order authorizing the early issuance of the subpoenas.

Additionally, the defendant requests an inordinate amount of information, which defense counsel acknowledges is overbroad. Specific arguments explaining why he is entitled to these wide-reaching types of information identified in each subpoena is underdeveloped, so I am not even

able to determine whether the defendant is entitled to that information at any time during this case.

The defendant responds that, if the court permits the subpoenas to be issued, it could resolve objections with corporate counsel for the alleged victims. This begs the question of whether he is entitled to early production which, as I stated at the hearing, he has not established. Additionally, this proposal does not consider the Government's objections to the subpoenas. Defense counsel states that the Government does not having standing to object to the subpoenas. However, the standing issue has not been properly and fully developed, either.

It is, therefore, upon consideration,

ORDERED:

That Defendant Timothy Burke's Motion for Rule 17(c) Subpoenas to Compel Early Production of Documents (Doc. 164) is **DENIED without prejudice**.

DONE and ORDERED at Tampa, Florida, this 5th day of September, 2025.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE