UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY BURKE,<br><br>        Defendant. | Case No: 8:24-cr-00068-KKM-TGW |

## UNOPPOSED MOTION TO APPEAR PRO HAC VICE

I, Attorney Alan Butler, move for special admission to appear Pro Hac Vice on behalf of *amicus curae* Electronic Privacy Information Center in this action.

I am not an active member of The Florida Bar.

I am a member in good standing of the U.S. District Court for the District of Columbia bar. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in the last thirty-six months in any other cases in state or federal court in Florida.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I will comply with the Federal Rules of Civil Procedure and the Middle District of Florida local rules; and will be governed by the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

I submitted a brief on behalf of the Electronic Privacy Information Center in response to Judge Mizelle's order inviting amicus briefs in this case (Order at 4-5, Dkt 128), I will pay the fee for special admission and register with the Court's CM/ECF system upon approval of this motion..

I affirm the oath, as required by Local Rule 2.01(b)(1)(E), which states:

I DO SOLEMNLY SWEAR (OR AFFIRM) THAT AS AN ATTORNEY AND AS A COUNSELOR OF THIS COURT I WILL CONDUCT MYSELF UPRIGHTLY AND ACCORDING TO LAW, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES.

The undersigned respectfully requests that this Court enter an Order permitting Alan Butler to practice before this Court for the limited purposes of filing as an *amicus curiae* in this action.

Local Rule 3.01(g) Certification

I have conferred with both parties and represent that neither party has any opposition to my special admission.

Dated: 09/12/2025

_____
Alan Butler
D.C. Dist. Ct. Bar No. 1012128
Electronic Privacy Information Center
1519 New Hampshire Ave
Washington DC 20036
(202) 483-1140
butler@epic.org