# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                              CASE NO.: 8:24-cr-00068-KKM-TGW

**TIMOTHY BURKE**

_____/

## UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

**COME NOW**, Defendant, TIMOTHY BURKE, by and through the undersigned Counsel, and moves this Honorable Court to continue the September 26, 2025, Status Conference in this matter. The grounds for this Motion are as follows:

1. On August 20, 2025, the Court set a Status Conference for September 16, 2025, at 10:00 am. (Doc 185)

2. On September 9, 2025, the Court rescheduled the Status Conference to September 23, 2025, at 11:00 am. (Doc 202)

3. On September 22, 2025, the Court rescheduled the Status Conference to September 26, 2025, at 10:00 am. (Doc 213)

4. On September 15, 2025, Defendant filed a Motion for Reconsideration of the Magistrate Judge's Denial of Early Pretrial Production Pursuant to F.R. Crim. P. 17(c). (Doc 205)

5. On September 16, 2025, the Court Ordered the United States to

respond to the Motion to Reconsider no later than September 29, 2025. (Doc 206)

6. Local Defense Counsel, Michael P. Maddux, will be out of town at a previously scheduled conference from September 25-26, 2025.

7. Defense Counsel requests a continuance until after the Government's deadline to file a response to the Motion to Reconsider on September 29, 2025, which will provide for a more meaningful discussion at the Status Conference.

8. Defense Counsel has a Pretrial Conference before the Honorable Judge Jung scheduled for September 30, 2025, at 9:00 am and a doctor's appointment at 10:00 am and would therefore respectfully request the Status Conference not be rescheduled on that morning.

## MEMORANDUM OF LAW

"Because of the great latitude that must be afforded a trial judge in scheduling matters, a trial court has broad discretion in ruling on requests for continuances. [citation omitted]." See *United States v. Garmany*, 762 F.2d 929, 936 (11th Cir.1985).

**WHEREFORE**, the Defendant requests the Status Conference be rescheduled after September 29, 2025.

Respectfully Submitted,

*s/Michael P. Maddux*
Michael P. Maddux, P.A.
Florida Bar No.: 0964212
2102 West Cleveland Street
Tampa, Florida 33606
Attorney for Defendant
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail:mmaddux@madduxattorneys.com

## LOCAL RULE 3.01 CERTIFICATION

In accordance with Middle District Local Rule 3.01(g), the undersigned certifies that he has conferred, in good faith, with counsel for the Government who does not object to the requested relief.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of September 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

*s/Michael P. Maddux*
Michael P. Maddux, Esquire