# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                              CASE NO.: 8:24-cr-00068-KKM-TGW

**TIMOTHY BURKE**

_____/

## MOTION TO APPEAR VIA TELEPHONE

**COMES NOW**, Michael P. Maddux, Local Counsel for the Defendant, **TIMOTHY BURKE**, and hereby files this Motion for Co-Counsel, Mark D. Rasch, Esquire, to Appear via Telephone at the September 30, 2025, Status Conference set at 3:00 p.m., and in support thereof states as follows:

1. Co-Counsel for the Defendant, Mark D. Rasch, Esquire, lives and works in the State of Maryland.

2. The undersigned counsel will appear in-person for the Status Conference.

3. Assistant United States Attorney, Jay Trezevant, does not object to this Motion.

**WHEREFORE**, the undersigned counsel respectfully requests this Court permit Co-Counsel, Mark D. Rasch, Esquire, to appear via telephone at the

September 30, 2025, Status Conference set at 3:00 p.m.

/s/ *Michael P. Maddux*
Michael P. Maddux, P.A.
Florida Bar No.: 964212
2102 West Cleveland Street
Attorney for Defendant
Tampa, Florida 33606
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail: mmaddux@madduxattorneys.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 26th **day of September, 2025**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

s/*Michael P. Maddux*
Michael P. Maddux, Esquire