UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:24-cr-68-KKM-TGW | DATE: | September 30, 2025 |
|---|---|---|---|
| HONORABLE KATHRYN KIMBALL MIZELLE | | INTERPRETER: | n/a |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**TIMOTHY BURKE** | | LANGUAGE: | n/a |
| | | GOVERNMENT COUNSEL<br>Jay Trezevant, AUSA<br>Adam Duso, AUSA | |
| | | DEFENSE COUNSEL<br>Michael Maddux, retained<br>Mark Rasch, retained (via telephone) | |
| COURT REPORTER: Bill Jones | | DEPUTY CLERK: | Gretchen O'Brien |
| TIME: | 3:06 p.m.–3:29 p.m. | TOTAL: 23 minutes | COURTROOM: | 13B |

**PROCEEDINGS: STATUS CONFERENCE**

The United States explains how it will proceed considering the Court's recent order (Doc. 217). The United States is likely to pursue a superseding indictment.

Defendant's Motion for Reconsideration (Doc. 205) is DENIED.

The parties anticipate a trial in this case would last approximately two weeks.

For the reasons stated on the record, the ends of justice outweigh the interests of the defendant and of the public in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). The trial is continued to the January 2026 trial calendar with a date certain of January 5, 2026. A status conference is scheduled for October 30, 2025, at 11:00 a.m. in Tampa Courtroom 13B. The time from today through February 1, 2026, is "excludable time."

Hearing concluded