UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO.: 8:24-cr-00068-KKM-TGW

TIMOTHY BURKE
_____/

### DEFENDANT'S MOTION TO ALLOW TRAVEL

**COMES NOW**, the undersigned attorney, Michael P. Maddux, on behalf of the Defendant, TIMOTHY BURKE, and files this Motion to Allow Travel and states the following grounds for the Motion:

1. Mr. Burke was placed on pretrial release in which travel was limited to the Middle District of Florida. (Doc 9)

2. A close friend Mr. Burke has passed away and the funeral is February 5, 2026, in Philadelphia. Mr. Burke requests permission to travel to Philadelphia from February 4, 2026-February 6, 2026, to attend the funeral. Mr. Burke expects to be staying at 5115 Hazel Ave, Philadelphia, PA, however travel has not been booked because approval is pending before this Court. Should that address change, Mr. Burke will immediately advise his Pretrial Services Officer.

3. Mr. Burke proactively contacted his assigned Pretrial Services Officer, Jose Camilo Baez, to request guidance and permission. Pretrial Services investigated

the issue and advised Mr. Burke that, because of the unusual procedural posture of the case and the pending government appeal, the office was uncertain how to proceed and suggested that court authorization would be appropriate. Pretrial Services further confirmed that Mr. Burke remains under supervision and has been fully compliant with all conditions of release.

4. Assistant United States Attorney, Jay Trezevant, does not object to the requested relief.

**WHEREFORE**, the Defendant respectfully requests that the Court grant his Motion to allow travel to Philadelphia, Pennsylvania, from February 4, 2026- February 6, 2026.

Respectfully Submitted,

*s/Michael P. Maddux*
Michael P. Maddux, Esquire
Florida Bar No.: 0964212
Counsel for Defendant
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 33606
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail:
mmaddux@madduxattorneys.com

## **CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on this **29th day of January, 2026**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

*s/Michael P. Maddux*
Michael P. Maddux, Esquire
