# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                   **CASE NO.: 8:24-cr-00068-KKM-TGW**

**TIMOTHY BURKE**

_____/

## DEFENDANT'S MOTION TO TERMINATE OR
## MODIFY CONDITIONS OF RELEASE

**COMES NOW**, the undersigned attorney, Michael P. Maddux, on behalf of

the Defendant, TIMOTHY BURKE, and files this Motion to Terminate or Modify

Conditions of Release and states the following grounds for the Motion:

1.      On February 22, 2024, Mr. Burke was released on standard conditions

of release and the following special conditions: report to pretrial, travel restricted to

Middle District of Florida, substance abuse testing, mental health evaluation,

surrender passport, no new travel documents, ROR bond, no contact with co-

conspirator, witnesses, or victims.

2.      On September 25, 2025, the Court entered an Order Dismissing Counts

Eight through Fourteen of the Indictment. (Doc. 217) Those Counts included

Intentional Interception of a Wire, Oral, or Electronic Communication, and Intentionally Disclosing Illegally Intercepted Wire, Oral or Electronic Communication. (Doc 1)

3.      On October 27, 2025, the United States filed a Notice of Appeal. (Doc 229)

4.      The United States requested two separate continuances for that appeal, one for thirty days, and another for an additional ninety days. The request for a ninety-day extension was just granted, and the brief is due on April 21, 2026.

5.      To date, Mr. Burke has abided by all conditions of release without issue.

6.      Mr. Burke is a journalist. His profession requires him to travel. The continuing travel restrictions and supervision conditions substantially interfere with his ability to work and earn a living.

7.      Madison Goodroe, U.S. Pretrial Services Officer advised Pretrial Services would recommend that supervision continue without change.

8.      Assistant United States Attorney, Jay Trezevant, does object to the requested relief.


## **<u>MEMORANDUM OF LAW</u>**

Under 18 U.S.C. § 3142(c)(3), a judicial officer may amend a release order "at any time" to impose fewer conditions or different conditions of release. Courts

retain discretion to terminate pretrial supervision when continued supervision is no longer necessary to reasonably assure appearance or protect the safety of the community. Here, continued supervision is no longer necessary. A substantial portion of the counts underlying the government's appeal have been dismissed by this Court. Mr. Burke has demonstrated two years of complete compliance with all release conditions. There have been no violations, no allegations of misconduct, and no indication that Mr. Burke presents a risk of flight or danger to the community. The government's appeal has already been delayed through its own requested extensions, and further delay is possible. Additionally, the conditions imposed continue to create an undue and unnecessary burden on Mr. Burke's ability to work. Mr. Burke is a journalist, and his work necessarily requires him to travel and report on events that frequently occur outside the Middle District of Florida. The continuing restrictions on his travel and movement impede his ability to pursue lawful employment and support himself.

The Bail Reform Act requires conditions to be the "least restrictive" means necessary to reasonably assure appearance and safety. See 18 U.S.C. § 3142(c)(1)(B). Given Mr. Burke's flawless compliance history and the procedural posture of the case, continued pretrial supervision is no longer the least restrictive means to accomplish the statute's goals.

**WHEREFORE**, the Defendant respectfully requests that the Court terminate Mr. Burke's release conditions or modify the conditions to a call-in basis only.

Respectfully Submitted,

s/Michael P. Maddux
Michael P. Maddux, Esquire
Florida Bar No.: 0964212
Counsel for Defendant
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 33606
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail:
mmaddux@madduxattorneys.com

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on this **27th day of March 2026**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

s/Michael P. Maddux
Michael P. Maddux, Esquire