UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 8:24-cr-68-KKM-GDP

TIMOTHY BURKE

_____/

## ORDER

THIS CAUSE is before the Court *sua sponte.* Pursuant to 28 U.S.C. § 455(a) and (b)(3) and Code of Conduct for United States Judges Canon 3(C)(1)(a) and (b) (Judicial Conference 2019), I find it necessary to disqualify myself from any further proceedings in this case because while employed by the United States Attorney's Office for the Middle District of Florida, I was one of the assigned government attorneys to the case or have personal knowledge of the case and participated in the matter during my former government employment. The Clerk is directed to randomly reassign this case to another magistrate judge.

IT IS SO ORDERED at Tampa, Florida, on August 13, 2026.

_____
GREGORY D. PIZZO
United States Magistrate Judge