**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CASE NO.: 8:24-cr-00068-KKM-TGW**

**TIMOTHY BURKE**
**______________________________/**

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF FOURTH MOTION TO DISMISS**

Defendant Timothy Burke respectfully requests leave to file a reply, not exceeding seven pages, addressing the Government's Response to Defendant's Fourth Motion to Dismiss (Doc. 257). Local Rule 3.01(e) provides that, except in circumstances not applicable here, "no party may reply without leave." A motion seeking leave must "specify the need for, and the length of, the proposed reply." M.D. Fla. L.R. 3.01(e).

A short reply is warranted because the Government's response relies substantially upon cases addressing automatic exclusion under the Speedy Trial Act, while Burke's motion independently presents a Sixth Amendment claim under *Barker v. Wingo*, 407 U.S. 514 (1972). The reply will address the distinct constitutional treatment of Government interlocutory appellate delay under *United States v. Loud Hawk*, 474 U.S. 302 (1986), and *United States v. Saintil*, 705 F.2d

415 (11th Cir. 1983); the requirement in 18 U.S.C. § 3731 that a Government appeal be "diligently prosecuted"; and the Government's arguments concerning prejudice and impairment of Burke's ability to reconstruct historical electronic evidence relevant to the charged offenses.

The reply will not repeat the arguments in Burke's motion. It will respond directly to the authorities and arguments raised in Doc. 257 and will not exceed seven pages.

WHEREFORE, Defendant respectfully requests leave to file a reply not exceeding seven pages in support of his Fourth Motion to Dismiss.

Respectfully submitted,

***s/Michael P. Maddux***
Michael P. Maddux, Esquire
Florida Bar # 964212
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 32606
Phone: (813) 253-3363
Fax: (813) 253-2553
Email: mmaddux@madduxattorneys.com
ctonski@madduxattorneys.com

***s/Mark D. Rasch***
Mark D. Rasch
Law Office of Mark Rasch
Member, MD, MA, NY Bar
MDRasch@gmail.com
(301) 547-6925
Admitted *Pro hac vice*

COUNSEL FOR TIMOTHY BURKE

## LOCAL RULE 3.01 CERTIFICATION

In accordance with Middle District Local Rule 3.01(g), the undersigned certifies that Assistant U.S. Attorney Jay G. Trezevant does not oppose the Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of October, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

s/*Michael P. Maddux*
Michael P. Maddux, Esquire