**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CASE NO.: 8:24-cr-00068-KKM-SPF**

**TIMOTHY BURKE**
**_______________________________/**

# MOTION TO APPEAR VIA TELEPHONE OR ZOOM

**COMES NOW**, Michael P. Maddux, Local Counsel for the Defendant, **TIMOTHY BURKE**, and hereby files this Motion for Co-Counsels, Mark D. Rasch, Esquire, and Jennifer M. Szymczak, Esquire, to Appear via Telephone or Zoom at the November 3, 2026, Status Conference set at 10:00 a.m. (Doc 254), and in support thereof states as follows:

1. Co-Counsel for the Defendant, Mark D. Rasch, Esquire, lives and works in the State of Maryland.

2. Michael P. Maddux, PA, Associate Attorney Jennifer M. Szymczak, lives in Newberry, Florida.

3. The undersigned attorney is set to begin a 2–3-week criminal trial before the Honorable William F. Jung in the matter of USA v. Kevin Kutina, 8:23-cr-00308-SFJ-AEP on October 19, 2026. If the trial is complete by November 3,

2026, the undersigned attorney will appear in person at the Status Conference.

3. Assistant United States Attorney, Jay Trezevant, does not object to this Motion.

**WHEREFORE**, the undersigned counsel respectfully requests this Court permit Co-Counsel, Mark D. Rasch, Esquire, and Jennifer M. Szymczak, Esquire to appear via telephone or zoom at the November 3, 2026, Status Conference set at 10:00 a.m.

Respectfully submitted,

/s/ *Michael P. Maddux*
Michael P. Maddux, P.A.
Florida Bar No.: 964212
2102 West Cleveland Street
Attorney for Defendant
Tampa, Florida 33606
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail: mmaddux@madduxattorneys.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th **day of October, 2026**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

s/*Michael P. Maddux*
Michael P. Maddux, Esquire