**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CASE NO.: 8:24-cr-00068-KKM-TGW**

**TIMOTHY BURKE**
______________________________/

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT

I, **TIMOTHY BURKE**, the above-named Defendant, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the Superseding Indictment (Doc. 260).

*s/Michael P. Maddux*
Michael P. Maddux
Counsel for Defendant

Date: October 15, 2026

______________________________
Timothy Burke
Defendant

Date: 15 OCTOBER 2026

**CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY**

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Plea of Not Guilty and direct that the plea of not guilty be received for filing.

__________________ ____________________________
Date Honorable Sean Flynn
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **16th day of October, 2026**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

Respectfully Submitted,

*s/Michael P. Maddux*
Michael P. Maddux, P.A.
Florida Bar No.: 0964212
2102 West Cleveland Street
Attorney for Defendant
Tampa, Florida 33606
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail: mmaddux@madduxattorneys.com