**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CASE NO.: 8:24-cr-00068-KKM-SPF**

**TIMOTHY BURKE**
**_______________________________/**

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as Co-counsel in this case for Defendant, **TIMOTHY BURKE**.

**DATED** this 16th day of October 2026.

Respectfully Submitted,

*s/Jennifer M. Szymczak*
Jennifer M. Szymczak, Esquire
Florida Bar No.: 85487
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 33606
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail:
jszymczak@madduxattorneys.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **16th day of October 2026**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

*s/Jennifer M. Szymczak*
Jennifer M. Szymczak, Esquire