| | B | D | N | P | Q | R | S | U | V | AA | AB | AD | AE | AH | AJ | AK | AL | AM | BC | BD | BE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DOCKET | DKTDATE | OFFENSE | DDIST | DOI | DDOCKET | DDEFN | DDKTDATE | APPDATE | DISP | OUTCO | METHOD | PUBSTAT | CONS | BRFILED | SUBDATE | HEARDATE | JUDGDATE | NoA-Docketing time | docket to brief | docket to close |
| 8 | 1213315 | 6/22/2012 | 7820 | 3A | 8 | 1200053 | 1 | 2/9/2012 | 6/19/2012 | 5 | -8 | 1 | -8 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 8/27/2012 | 3 | | 66 |
| 9 | 1214867 | 9/21/2012 | 7830 | 3A | 8 | 1100581 | 1 | 11/10/2011 | 9/18/2012 | 5 | -8 | 1 | -8 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 11/15/2012 | 3 | | 55 |
| 11 | 1215816 | 11/13/2012 | 7830 | 3A | 6 | 1200159 | 1 | 7/12/2012 | 11/7/2012 | 5 | -8 | 1 | -8 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 12/28/2012 | 6 | | 45 |
| 12 | 1215850 | 11/15/2012 | 9931 | 3A | 3 | 1100286 | 3 | 11/18/2011 | 11/13/2012 | 5 | -8 | 1 | -8 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 2/22/2013 | 2 | | 99 |
| 16 | 1313291 | 7/22/2013 | 7830 | 3A | 6 | 900142 | 1 | 7/22/2009 | 7/18/2013 | 5 | -8 | 1 | -8 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 7/31/2013 | 4 | | 9 |
| 18 | 1511853 | 4/28/2015 | 7820 | 3A | 6 | 1400164 | 1 | 7/9/2014 | 4/27/2015 | 5 | -8 | 1 | -8 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 7/29/2015 | 1 | | 92 |
| 19 | 1611523 | 4/4/2016 | 7820 | 3E | 1 | 1500244 | 1 | 6/23/2015 | 3/28/2016 | 5 | -8 | 1 | -8 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 8/2/2016 | 7 | | 120 |
| 21 | 1710401 | 1/27/2017 | 6400 | 3A | 2 | 1600098 | 1 | 8/31/2016 | 1/20/2017 | 5 | -8 | 1 | -8 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 3/24/2017 | 7 | | 56 |
| 24 | 1813428 | 8/14/2018 | 7820 | 26 | 1 | 1700428 | 1 | 9/27/2017 | 8/14/2018 | 5 | -8 | 1 | -8 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 8/30/2018 | 0 | | 16 |
| 25 | 1813437 | 8/15/2018 | 7820 | 3C | 1 | 1820305 | 1 | 4/17/2018 | 8/14/2018 | 5 | -8 | 1 | -8 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 9/12/2018 | 1 | | 28 |
| 27 | 1814441 | 10/22/2018 | 7820 | 3A | 6 | 1800154 | 1 | 6/27/2018 | 10/19/2018 | 5 | -8 | 1 | -8 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 1/7/2019 | 3 | | 77 |
| 29 | 1815202 | 12/17/2018 | 7830 | 28 | 1 | 1800245 | 1 | 8/30/2018 | 12/14/2018 | 5 | -8 | 1 | -8 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 2/7/2019 | 3 | | 52 |
| 32 | 1910839 | 3/6/2019 | 7831 | 3G | 7 | 1700028 | 1 | 9/21/2017 | 3/6/2019 | 5 | -8 | 1 | -8 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 3/22/2019 | 0 | | 16 |
| 34 | 1911259 | 4/4/2019 | 9992 | 3G | 7 | 1800023 | 3 | 5/8/2018 | 4/4/2019 | 5 | -8 | 1 | -8 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 4/23/2019 | 0 | | 19 |
| 35 | 1912498 | 7/1/2019 | 7820 | 26 | 7 | 1800027 | 1 | 1/24/2018 | 7/1/2019 | 5 | -8 | 1 | -8 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 7/9/2019 | 0 | | 8 |
| 37 | 1914782 | 12/2/2019 | 7820 | 26 | 2 | 1900325 | 1 | 5/29/2019 | 12/2/2019 | 5 | -8 | 1 | 0 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 3/5/2020 | 0 | | 94 |
| 38 | 2011288 | 4/3/2020 | 6400 | 3A | 8 | 1900458 | 1 | 10/2/2019 | 4/2/2020 | 5 | -8 | 1 | 0 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 6/10/2020 | 1 | | 68 |
| 39 | 2011520 | 4/22/2020 | 6801 | 3A | 6 | 1900253 | 1 | 12/4/2019 | 4/21/2020 | 5 | -8 | 1 | 0 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 5/13/2020 | 1 | | 21 |
| 41 | 2012073 | 6/5/2020 | 7831 | 26 | 2 | 1700488 | 1 | 10/25/2017 | 6/4/2020 | 5 | -8 | 1 | 0 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 8/10/2020 | 1 | | 66 |
| 42 | 2014460 | 11/30/2020 | 7830 | 3A | 6 | 2000056 | 1 | 3/11/2020 | 11/27/2020 | 5 | -8 | 1 | 0 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 1/11/2021 | 3 | | 42 |
| 43 | 2110031 | 1/4/2021 | 6801 | 3G | 1 | 1900021 | 13 | 5/16/2019 | 1/4/2021 | 5 | -8 | 1 | 0 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 3/12/2021 | 0 | | 67 |
| 46 | 2212807 | 8/18/2022 | 7820 | 3G | 7 | 2100058 | 1 | 12/15/2021 | 8/17/2022 | 5 | -8 | 1 | 0 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 9/1/2022 | 1 | | 14 |
| 47 | 2213628 | 10/24/2022 | 4920 | 3E | 1 | 1100445 | 1 | 9/21/2011 | 10/24/2022 | 5 | -8 | 1 | 0 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 12/2/2022 | 0 | | 39 |
| 53 | 2513969 | 11/12/2025 | 4996 | 3A | 8 | 2400068 | 1 | 2/15/2024 | 10/27/2025 | 5 | -8 | -8 | -8 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 9/9/2026 | 16 | | 301 |
| 54 | 2514272 | 12/5/2025 | 7820 | 29 | 3 | 2500083 | 1 | 5/20/2025 | 12/5/2025 | 5 | -8 | 1 | 0 | -8 | 1/1/1900 | 1/1/1900 | 1/1/1900 | 3/10/2026 | 0 | | 95 |
| 57 | | | | | | | | | | | | | | | | | | | | | |
| 58 | | | | | | | | | | | | | | | | | | | | avg | 52.66666667 |