| docketentry_id | docketentry_en | docketentry_date_filed | docketing to brief | notice to brief | docketentry_description |
|---|---|---|---|---|---|
| 481365294 | 1 | 2018-02-15 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 02/15/2018. Fee Status: Fee Not Required. [Entered: 02/20/2018 11:50 AM] |
| 481365307 | 14 | 2018-04-26 | 70 | 52 | Appellant's brief filed by USA. (ECF: Praveen Krishna) [Entered: 04/26/2018 06:10 PM] |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 481344532 | 1 | 2018-07-19 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 07/19/2018. Fee Status: Fee Not Required. [Entered: 07/23/2018 01:53 PM] |
| 481344551 | 14 | 2018-09-27 | 70 | 55 | Appellant's brief filed by USA. [18-13039] (ECF: Michael Billingsley) [Entered: 09/27/2018 04:50 PM] |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 481343579 | 2 | 2010-12-01 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 11/24/2010. Fee Status: Fee Not Required. [Entered: 12/03/2010 12:39 PM] |
| 481343593 | 26 | 2011-02-24 | 85 | 70 | Appellant's brief filed by USA. Service date: 02/23/2011 [10-15514] Attorney for Appellee: Godfrey - US mail. [Entered: 02/25/2011 02:52 PM] |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 481528010 | 1 | 2020-05-13 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 05/12/2020. Fee Status: Fee Not Required. [Entered: 05/22/2020 11:44 AM] |
| 481528027 | 12 | 2020-08-12 | 91 | 68 | Appellant's brief filed by USA. [20-11877] (ECF: Daniel Lerman) [Entered: 08/12/2020 02:52 PM] |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 481367120 | 1 | 2011-11-29 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 11/22/2011. Fee Status: Fee Not Required. [Entered: 12/01/2011 10:12 AM] |
| 481367160 | 15 | 2012-01-30 | 62 | 47 | Appellant's brief filed by USA. Service date: 01/23/2012 [11-15558] Attorney for Appellee: Irvin - email. (ECF: Patricia Barksdale) [Entered: 01/30/2012 03:56 PM] |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 481344145 | 1 | 2019-08-26 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 08/26/2019. Fee Status: Fee Not Required. [Entered: 08/28/2019 03:54 PM] |
| 481344157 | 13 | 2019-12-06 | 102 | 94 | Appellant's brief filed by USA. [19-13342] (ECF: McKaye Neumeister) [Entered: 12/06/2019 11:11 AM] |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 442426650 | 1 | 2024-07-30 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 07/26/2024. Fee Status: Fee Not Required. [Entered: 08/02/2024 01:55 PM] |
| 442426663 | 14 | 2024-12-23 | 146 | 132 | Appellant's brief filed by USA. [24-12448] (ECF: Jordane New) [Entered: 12/23/2024 05:14 PM] |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 481527899 | 1 | 2018-12-03 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 11/30/2018. Fee Status: Fee Not Required. [Entered: 12/07/2018 10:36 AM] |
| 481527909 | 11 | 2019-01-08 | 36 | | ORDER: "Government's Unopposed Motion to Stay Appeal" is GRANTED. The appeal is stayed until a final judgment has been entered in the district court case. [10] (SM) [Entered: 01/08/2019 03:57 PM] |
| 481527930 | 32 | 2020-02-05 | | 113 | Appellant's brief filed by USA. [18-15019] (ECF: Alicia Forbes) [Entered: 02/05/2020 10:14 AM] |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 481365378 | 1 | 2016-08-12 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 08/12/2016. Fee Status: Fee Not Required. [Entered: 08/18/2016 12:12 PM] |
| 481365402 | 25 | 2016-11-21 | 101 | 52 | Appellant's brief filed by USA. (ECF: Alicia Forbes) [Entered: 11/21/2016 09:46 AM] |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 481365187 | 1 | 2018-10-10 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 10/09/2018. Fee Status: Fee Not Required. [Entered: 10/15/2018 05:04 PM] |
| 481365223 | 17 | 2019-03-07 | 148 | 97 | Appellant's brief filed by USA. [18-14336] (ECF: Brandy Galler) [Entered: 03/07/2019 02:30 PM] |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 481350705 | 1 | 2018-12-19 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 12/14/2018. Fee Status: Fee Not Required. [Entered: 12/26/2018 04:07 PM] |
| 481350717 | 13 | 2019-03-22 | 93 | 74 | Appellant's brief filed by USA. [18-15258] (ECF: Holly Gershow) [Entered: 03/22/2019 11:55 AM] |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 481368600 | 2 | 2010-08-02 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 07/28/2010. Appellant brief due 40 days from 08/02/2010. Fee Status: Fee Not Required. [Entered: 08/03/2010 03:37 PM] |
| 481368612 | 26 | 2010-11-16 | 106 | 33 | Appellant's brief filed by USA. Service date: 11/15/2010 [10-13567] Attorney for Appellant: Godfrey - US mail. [Entered: 11/24/2010 02:54 PM] |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 481521917 | 1 | 2017-04-03 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 04/03/2017. Fee Status: Fee Not Required. [Entered: 04/03/2017 02:03 PM] |
| 481521946 | 30 | 2017-08-17 | 136 | 86 | Appellant's brief filed by USA. (ECF: Emily Polachek) [Entered: 08/17/2017 02:44 PM] |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 481522557 | 2 | 2012-04-10 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 04/04/2012. Fee Status: Fee Not Required. [Entered: 04/18/2012 10:41 AM] |
| 481521666 | 26 | 2012-06-19 | 70 | 21 | Appellant's brief filed by USA. Service date: 06/19/2012 [12-11878] Attorney for Appellee: Beroset - US mail; Attorney for Appellee: Lietz - US mail, email. (ECF: Robert Davies) [Entered: 06/19/2012 10:56 AM] |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 481365136 | 1 | 2019-03-14 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 03/08/2019. Fee Status: Fee Not Required. [Entered: 03/20/2019 11:33 AM] |
| 481365156 | 21 | 2019-07-17 | 125 | 63 | Appellant's brief filed by USA. [19-10987] (ECF: Jason Wu) [Entered: 07/17/2019 10:30 AM] |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 481344304 | 1 | 2019-02-01 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 02/01/2019. Fee Status: Fee Not Required. [Entered: 02/05/2019 09:55 AM] |
| 481344323 | 20 | 2019-05-28 | 116 | 102 | Appellant's brief filed by USA. [19-10427] (ECF: Sara Sweeney) [Entered: 05/28/2019 04:04 PM] |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 481344583 | 1 | 2015-02-27 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 02/05/2015. Fee Status: Fee Not Required. [Entered: 03/03/2015 12:59 PM] |
| 481344596 | 14 | 2015-03-27 | 28 | 23 | Appellant's brief filed by USA. (ECF: Richard Moultrie) [Entered: 03/27/2015 03:59 PM] |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 481343926 | 1 | 2011-09-28 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 09/28/2011. Fee Status: Fee Not Required. [Entered: 09/29/2011 10:18 AM] |
| 481343941 | 23 | 2012-01-27 | 121 | 99 | Appellant's brief filed by USA in 11-14466, 11-14575. Service date: 01/26/2012 [11-14466] Attorney for Appellee: Fussell - US mail; [11-14575] Attorney for Appellee: Fussell - US mail. [11-14466, 11-14575] [Entered: 01/30/2012 08:03 AM] |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 481521722 | 2 | 2012-05-18 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 05/17/2012. Fee Status: Fee Not Required. [Entered: 05/29/2012 02:20 PM] |
| 481521736 | 22 | 2012-06-29 | 42 | 23 | Appellant's brief filed by USA. Service date: 06/29/2012 [12-12677] Attorney for Appellant: Brinson - email; Attorney for Appellant: Butler - email; Attorney for Appellant: Dobbins - email; Attorney for Appellee: Madden - US mail, email. (ECF: Christopher Brinson) [Entered: 06/29/2012 04:44 PI |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 481344627 | 2 | 2012-11-13 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 11/07/2012. Fee Status: Fee Not Required. [Entered: 11/27/2012 04:40 PM] |
| 481344642 | 26 | 2013-02-15 | 94 | 70 | Appellant's brief filed by USA. Service date: 02/15/2013 [12-15817] Attorney for Appellant: Rothstein-Youakim - email; Attorney for Appellee: Kingston - email. (ECF: Susan Rothstein-Youakim) [Entered: 02/15/2013 03:11 PM] |
| docketentry_id | docketentry_en | docketentry_date_filed | | | docketentry_description |
| 481343978 | 1 | 2012-04-13 | | | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 04/11/2012. Fee Status: Fee Not Required. USDC motion pending: Motion for Review of Magistrate Judge's Detention Order DE # 589 filed on 04/17/2012. [Entered: 04/23/2012 02:46 PM] |
| 481343992 | 26 | 2012-08-27 | 136 | 90 | Appellant's brief filed by USA. Service date: 08/27/2012 [12-11970] Attorney for Tomar Shaw: Sadow - US mail.--[Edited 09/10/2012 by SPT] (ECF: Lisa Tarvin) [Entered: 08/27/2012 03:56 PM] |
| | | average | 94.19047619 | 69.71428571 | |
| | | min | 28 | 21 | |
| | | max | 148 | 132 | |