**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CASE NO.: 8:24-cr-00068-KKM-SPF**

**TIMOTHY BURKE ____________________________/**

**DEFENDANT'S MOTION TO STRIKE ERRONEOUSLY FILED DOCUMENT AND SUBSTITUTE CORRECTED VERSION**

Defendant Timothy Burke, through undersigned counsel, respectfully moves the Court to strike the document filed at ECF No. 275 and permit the filing of a corrected version. In support of this motion, Mr. Burke states as follows:

On November 16, 2026, Mr. Burke filed an Amended Motion to Dismiss at ECF No. 275. The document inadvertently included editorial comments that were not intended to be included in the version submitted to the Court.

The comments reflect the drafting process and are not part of the submission Mr. Burke intended the Court to consider. Upon discovering the error, counsel prepared a corrected version that removes the editorial comments.

The corrected version makes no substantive changes to the text of the original filing. The corrected version is attached to this motion as Exhibit A. Mr. Burke will file the corrected version separately in accordance with the Clerk's instructions or the Court's order.

Mr. Burke further requests that the Court consider the corrected version as the operative submission. This motion is made promptly to correct an inadvertent filing error and is not intended to delay the proceedings.

**WHEREFORE**, Defendant Timothy Burke respectfully requests that the Court strike ECF No. 275, or alternatively direct the Clerk to restrict access to the original document; permit the filing or substitution of the corrected version; treat the corrected version as the operative submission; and grant such further relief as the Court deems appropriate.

Respectfully submitted,

*s/Michael P. Maddux*
Michael P. Maddux, Esquire
Florida Bar # 964212
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 33606
Phone: (813) 253-3363
Email: mmaddux@madduxattorneys.com

*s/Mark D. Rasch*
Mark D. Rasch
Law Office of Mark Rasch
MDRasch@gmail.com | (301) 547-6925
Admitted *Pro hac vice*

COUNSEL FOR TIMOTHY BURKE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

*s/Michael P. Maddux*

Michael P. Maddux, Esquire